IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

CASE NO.: 2020-CA-001924 CI

LUCHY REEDER,

    Plaintiff,

vs.

AMERICAN SECURITY INSURANCE COMPANY,

    Defendant.

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, American Security Insurance Company ("American Security"), files its Motion for Extension of Time to Respond to the Complaint filed by Plaintiff, Luchy Reeder ("Plaintiff"), and states as follows:

1. Plaintiff served their Complaint on August 31, 2020.

2. American Security requests a 30 day extension of time to respond to Plaintiff's Complaint as counsel is investigating the allegations in the complaint to prepare an appropriate response.

3. This is American Security's first request for an extension of time. This request for an extension will not unnecessarily delay this action, and neither party will be prejudiced by the granting of this Motion.

**WHEREFORE**, Defendant, American Security Insurance Company, respectfully requests that this Court enter an Order granting an extension of time to serve its response to Plaintiff's Complaint, and awarding such other and further relief the Court deems just and proper.

**SHUTTS & BOWEN LLP**
*Attorneys for Defendant, AMERICAN SECURITY INSURANCE COMPANY*
200 East Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33301
Telephone: (954) 524-5505
Facsimile: (954) 524-5506

By: */s/ Daniel R. Lazaro*
    **David Batista, Esq.**
    Florida Bar No. 175803
    Email: dbatista@shutts.com

    **Daniel R. Lazaro, Esq.**
    Florida Bar No. 99021
    Email: dlazaro@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2020, a true and correct copy of the foregoing has been furnished *via* Florida E-Portal to: Keith Pipersburg, Esquire, Insurance Litigation Group P.A., 1500 NE 162nd Street, Miami, Florida 33162, (service@ilgpa.com).

    */s/ Daniel R. Lazaro*
    DANIEL R. LAZARO

FTLDOCS 8029849 1