# 2020 CA 001924 CI - REEDER, LUCHY vs. AMERICAN SECURITY INSURANCE COMPANY

## SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Judge: | SCHREIBER, MARGARET H | Case Type: | CONTRACTS | Status: | OPEN |
| Case Number: | 2020 CA 001924 CI | Uniform Case Number: | 492020CA001924XXXXXX | | |
| Clerk File Date: | 8/3/2020 | Status Date: | 8/3/2020 | | |
| SAO Case Number: | | Total Fees Due: | 0.00 | | |
| Agency: | | Agency Report #: | | Custody Location: | |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY | |
|---|---|---|---|
| PLAINTIFF | REEDER, LUCHY | | GROUP, INSURANCE (Main Attorney) |
| DEFENDANT | AMERICAN SECURITY INSURANCE COMPANY | | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| | | No Events on Case | | |

## CASE HISTORY

| CASE NUMBER | CHARGE DESCRIPTION | CASE STATUS | DISPOSITION | OUTSTANDING AMOUNT | NEXT EVENT | ALERTS |
|---|---|---|---|---|---|---|
| | | | No Additional Cases | | | |

## CASE DOCKETS

| IMAGE | DATE | ENTRY |
|---|---|---|
| 2 | 9/18/2020 | DEFENDANT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF COMPLAINT |
| 2 | 9/4/2020 | NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS |
| 1 | 8/31/2020 | NOTICE OF SERVICE OF PROCESS, |
| 1 | 8/5/2020 | PAYMENT $410.00 RECEIPT #2020060498 |
| 1 | 8/4/2020 | SUMMONS ISSUED (EMAILED TO ATTY) |
| 1 | 8/3/2020 | NOTICE OF DESIGNATION OF EMAIL ADDRESS |
| Request | 8/3/2020 | PLAINTIFF'S SET OF NTERROGATORIES TO DEFENDANT |
| 10 | 8/3/2020 | PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT |
| 5 | 8/3/2020 | PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT |
| 1 | 8/3/2020 | SUMMONS TO BE ISSUED |
| 65 | 8/3/2020 | COMPLAINT AND DEMAND FOR JURY TRIAL |
| 2 | 8/3/2020 | CIVIL COVER SHEET |
| | 8/3/2020 | CASE FILED 08/03/2020 CASE NUMBER 2020 CA 001924 CI |