# EXHIBIT "1"



**Osceola County Property Appraiser**
Katrina S. Scarborough, CFA, CCF, MCF

Basic Search    Advanced Search    Sales Search    Search Results    Parcel Result    Map    Help

## Parcel Result

### Parcel: 102631500000010090

🔲 TRIM Notice   🔲 Property Record Card   🖼 Map Image   🖼 Tax Collector   🖼 Map View   ✉ E-Mail Parcel   🖼 **NEW Bird's Eye View**

#### Owner Information

| | | |
|---|---|---|
| **Owner Name** | REEDER LUCHY M <br> REEDER MARK ANTHONY | PARCEL 102631500000010090 <br> CARD 1 <br> DATE 09/30/2020 |
| **Mailing Address** | 6008 ALLIGATOR LAKE SHORE W <br> SAINT CLOUD, FL 34771 | |
| **Physical Address** | 6008 ALLIGATOR LAKE SHORE W, SAINT CLOUD FL 34771 | |
| **Description** | SINGLE FAMILY-IMPROVED | |
| **Tax District** | 300 - OSCEOLA COUNTY | |

#### Tax Values

View Tax Estimator

**Current Values**
Current Value represents working appraised values as of 09/29/2020, which are subject to change prior to certification

| Land | $137,500 |
|---|---|
| AG Benefit | $0 |
| Extra Features | $18,200 |
| Buildings | $152,100 |
| Appraised(Just) | $307,800 |
| Assessed(estimated) | $281,583 |
| Exemption(estimated) | $50,000 |
| Taxable(estimated) | $231,583 |

**\* Assessed Values Reflect Adjustments for Agricultural Classification and/or the Save Our Homes Cap**

**Certified Values**
Certified Value represents certified values that appeared on the tax roll as of 10/02/2019

| Land | $158,100 |
|---|---|
| AG Benefit | $0 |
| Extra Features | $20,200 |
| Buildings | $98,200 |
| Appraised(just) | $276,500 |
| Assessed\* | $268,317 |
| Exemption | $50,000 |
| Taxable | $218,317 |

**\* Assessed Values Reflect Adjustments for Agricultural Classification and/or the Save Our Homes Cap**

#### Sales Information

| Seq | ORB-Pg | Price | Date | Deed Type |
|---|---|---|---|---|
| 0 | 4938-0899 | $140,000 | 2016-03-26 | Warranty Deed (WD) |
| 1 | 4938-0898 | $140,000 | 2016-03-25 | Warranty Deed (WD) |
| 2 | 4874-1543 | $0 | 2015-11-16 | Court Order (OR) |
| 3 | 4793-2321 | $0 | 2015-06-10 | Court Order (OR) |
| 4 | | $0 | 2015-01-18 | Death Certificate (DC) |
| 5 | 4119-1961 | $225,000 | 2011-04-08 | Special Warranty Deed (SW) |
| 6 | 4051-0500 | $100 | 2010-10-18 | Certificate of Title (CT) |
| 7 | 3103-2555 | $100 | 2006-01-31 | Corrective Deed (CD) |
| 8 | 3103-2557 | $515,000 | 2006-01-31 | Warranty Deed (WD) |
| 9 | 1744-1953 | $205,000 | 2000-06-07 | Warranty Deed (WD) |
| 10 | 1396-1026 | $0 | 1997-04-19 | Quit Claim Deed (QC) |
| 11 | 1304-1079 | $125,000 | 1996-01-19 | Warranty Deed (WD) |
| 12 | 0410-0648 | $55,000 | 1978-10-01 | Warranty Deed (WD) |
| 13 | 0336-0539 | $20,000 | 1976-01-01 | Warranty Deed (WD) |

#### Land Information - Total Acreage: 1.25

| Land Description | Units | Depth | Land Type | Land Value |
|---|---|---|---|---|
| RESIDENTIAL WATER | 1.00 | 400.00 | LT | $137,500 |

#### Extra Features

| Extra Feature | Units | Year Built | Feature Value |
|---|---|---|---|
| FIREPLACE-MASONRY/BRICK AVERAGE | 1 | 1991 | $1,275 |
| CONCRETE PAD/PATIO AVERAGE | 48 | 1998 | $75 |
| UTILITY UNFINISHED FAIR | 24 | 1991 | $58 |
| WOOD SHED AVERAGE | 320 | 1995 | $1,024 |
| CARPORT FINISHED AVERAGE | 320 | 2007 | $960 |
| SWIMMING POOL(IN GROUND ONLY) AVERAGE | 448 | 2007 | $9,533 |
| SPA/HOT TUB-IN GROUND AVERAGE | 25 | 2007 | $1,260 |
| POOL DECK AVERAGE | 607 | 2007 | $1,493 |
| SCREEN ENCLOSURE FAIR | 2040 | 2007 | $2,040 |
| WOOD FENCE-7 FT HIGH AVERAGE | 100 | 2013 | $416 |

#### Building Information

Building: 1

View Building Sketch

| Description | SINGLE FAMILY | Bedrooms | 3 |
|---|---|---|---|

**Building: 1**

View Building Sketch

| | | | |
|---|---|---|---|
| **Year Built** | 1959 | **Full Bathrooms** | 2 |
| **Value** | $152,100 | **Half Bathrooms** | |
| **Actual Area** | 3466 | **Fixtures** | |
| **Heated Area** | 2986 | **Roof Cover** | 10 BUILT UP WOOD TAR & GRAVEL |
| | | **Exterior Wall** | (1.00) 14 CONCRETE BLOCK STUCCO/BRICK |

Building 1 subarea

| Description | Code | Year Built | Total Sketched Area |
|---|---|---|---|
| BASE AREA | BAS | 1959 | 2386 |
| BASE AREA | BAS | 2018 | 152 |
| OPEN PORCH FINISHED | OPF | 1959 | 192 |
| ENCLOSED PORCH FINISHED | EPF | 2005 | 288 |
| DETACHED GARAGE FINISHED | DGF | 1959 | 288 |
| ENCLOSED PORCH FINISHED | EPF | 1992 | 160 |

Building 1: Photos

Building 1: Sketch

PARCEL 102631500000010090
CARD 1
DATE 09/30/2020



**Legal Description**

| **Legal Description** | SHULERS SUBDVN PB 1 PG 290 LOTS 9 & 10 |
|---|---|

NUMBER
407-742-5000

EMAIL
info@property-appraiser.org

View Map

ADDRESS
Property Appraiser's Office
2505 E Irlo Bronson Memorial Hwy
Kissimmee, FL 34744

Business Hours
HOURS OF OPERATION
Monday - Friday  8am to 5pm
Closed Saturday and Sunday

About the Property Appraiser
· Katrina S. Scarborough CFA, CCF, MCF
· Accessibility
· Career Opportunities
· Departments
· Holiday Schedule

Other County Agencies
· Board of County Commissioners
· Clerk of the Courts
· Sheriff's Office
· Supervisor of Elections
· Tax Collector

2019 © All Rights Reserved

Home   About Katrina S. Scarborough   FAQ   Appraisal Process   Career Opportunities   Newsroom   Budget   Contact



NOTICE OF **PROPOSED** PROPERTY TAXES AND
**PROPOSED** OR ADOPTED NON-AD VALOREM ASSESSMENTS
OSCEOLA COUNTY TAXING AUTHORITIES
**2020 REAL ESTATE**

**IMPORTANT NOTICE**
**D O   N O T   P A Y**
THIS IS NOT A BILL

102631500000010090                HX

**SITE ADDRESS:** 6008 ALLIGATOR LAKE SHORE W
SAINT CLOUD

**LEGAL DESCRIPTION:**
SHULERS SUBDVN PB 1 PG 290 LOTS 9 & 10

169
6 - 51805

REEDER LUCHY M
REEDER MARK ANTHONY
6008 ALLIGATOR LAKE SHR W
SAINT CLOUD FL 34771-7318

## TAXING AUTHORITY TAX INFORMATION

| TAXING AUTHORITY | PRIOR 2019 TAXABLE VALUE | YOUR FINAL TAX RATE AND TAXES LAST YEAR 2019 | | CURRENT 2020 TAXABLE VALUE | YOUR TAX RATE AND TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE | | YOUR TAX RATE AND TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| COUNTY | COLUMN 1 | COLUMN 2 RATE | COLUMN 3 TAXES | COLUMN 4 | COLUMN 5 RATE | COLUMN 6 TAXES | COLUMN 7 RATE | COLUMN 8 TAXES |
| OSCEOLA CO        300 | 218,317 | 6.700000 | 1,462.72 | 231,583 | 6.308400 | 1,460.92 | 6.700000 | 1,551.61 |
| SAVE OSC MAN | 218,317 | .065200 | 14.23 | 231,583 | .061900 | 14.33 | .065200 | 15.10 |
| EMER MED SRV | 218,317 | 1.068200 | 233.21 | 231,583 | 1.016900 | 235.50 | 1.068200 | 247.38 |
| **PUBLIC SCHOOLS** | | | | | | | | |
| SCH STATE LW | 243,317 | 3.992000 | 971.32 | 256,583 | 3.806300 | 976.63 | 3.778000 | 969.37 |
| SCH-LOCAL BD | 243,317 | 2.248000 | 546.98 | 256,583 | 2.143400 | 549.96 | 2.248000 | 576.80 |
| **MUNICIPALITIES** | | | | | | | | |
| **WATER MANAGEMENT** | | | | | | | | |
| SFWMD EVERG | 218,317 | .039700 | 8.67 | 231,583 | .038000 | 8.80 | .038000 | 8.80 |
| SO FL WATER | 218,317 | .115200 | 25.15 | 231,583 | .110300 | 25.54 | .110300 | 25.54 |
| SFWMD OKEE | 218,317 | .124600 | 27.20 | 231,583 | .119200 | 27.60 | .119200 | 27.60 |
| **INDEPENDENT DISTRICT** | | | | | | | | |
| **VOTER APPROVED** | | | | | | | | |
| LIBRARY DIST | 218,317 | .300000 | 65.50 | 231,583 | .285000 | 66.00 | .300000 | 69.47 |
| SAVE OSC DBT | 218,317 | .120600 | 26.33 | 231,583 | .109500 | 25.36 | .109500 | 25.36 |
| **TOTAL AD VALOREM PROPERTY TAXES** | | | 3,381.31 | | | 3,390.64 | | 3,517.03 |

## PROPERTY APPRAISER VALUE INFORMATION

| | MARKET VALUE | ASSESSED VALUE | |
| --- | --- | --- | --- |
| | | APPLIES TO SCHOOL MILLAGE | APPLIES TO NON-SCHOOL MILLAGE |
| **PRIOR YEAR 2019** | 276,500 | 268,317 | 268,317 |
| **CURRENT YEAR 2020** | 308,800 | 281,583 | 281,583 |

| APPLIED ASSESSMENT REDUCTION | APPLIES TO | PRIOR VALUE 2019 | CURRENT VALUE 2020 |
| --- | --- | --- | --- |
| SAVE OUR HOMES BENEFIT | ALL TAXES | 8,183 | 27,217 |
| NON-HOMESTEAD 10% CAP BENEFIT | NON-SCHOOL TAXES | 0 | 0 |
| AGRICULTURAL CLASSIFICATION | ALL TAXES | 0 | 0 |
| OTHER | ALL TAXES | | |
| EXEMPTIONS | APPLIES TO | PRIOR AMOUNT 2019 | CURRENT AMOUNT 2020 |
| FIRST HOMESTEAD | ALL TAXES | 25,000 | 25,000 |
| ADDITIONAL HOMESTEAD | NON-SCHOOL COUNTY TAXES | 25,000 | 25,000 |
| | NON-SCHOOL CITY TAXES | | |
| LIMITED INCOME SENIOR | COUNTY TAXES | 0 | 0 |
| | CITY TAXES | | |
| OTHER | ALL TAXES | 0 | 0 |

If you feel the market value of the property is inaccurate or does not reflect fair market value as of January 1, 2020, or if you are entitled to an exemption or classification that is not reflected, please contact the Osceola County Property Appraiser's Office at:

**2505 E Irlo Bronson Mem Hwy**
**Kissimmee, FL 34744-4909**
**Customer Service (407) 742-5000**

If the Property Appraiser's Office is unable to resolve the matter as to the market value, classification, or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are a v a i l a b l e online at www.property-appraiser.org.

Petitions must be filed on or before
**September 15, 2020**

SEE REVERSE SIDE FOR NON-ADVALOREM ASSESSMENTS AND EXPLANATIONS OF THE COLUMNS ABOVE AND PUBLIC HEARING DATE, LOCATION AND TIME.

OS-474N

# Osceola County Notice of Proposed Property Taxes

The Taxing Authorities which levy property taxes against your property will soon hold **PUBLIC HEARINGS** to adopt budgets and tax rates for the next year. The purpose of the **PUBLIC HEARINGS** is to receive opinions from the general public and to answer questions on the proposed tax change and budget **PRIOR TO TAKING FINAL ACTION.** Each Taxing Authority may **AMEND OR ALTER** its proposals at the hearing.

## TAXING AUTHORITY HEARING INFORMATION

| TAXING AUTHORITY | PUBLIC HEARING DATE, LOCATION AND TIME | | |
|---|---|---|---|
| OSCEOLA CO | Sep 10, 5:30 PM | TELEPHONIC HEARING - PLEASE SEE THE ENCLOSURE TO LEARN HOW YOU CAN PARTICIPATE (407)742-1800 | |
| SCH-LOCAL BD | Sep 8, 5:30 PM | 817 BILL BECK BLVD, KISSIMMEE (407)870-4823 | |
| SO FL WATER | Sep 10, 5:15 PM | VIRTUAL MEETING VIA ZOOM. LINK WILL BE PROVIDED AT HTTPS://WWW.SFWMD.GOV/NEWS-EVENTS/MEETINGS. (561)686-8800 | |

**YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR ROADS, FIRE, GARBAGE, LIGHTING, DRAINAGE, WATER, SEWAGE, OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR COUNTY, CITY, SPECIAL DISTRICTS OR OTHER TAXING AUTHORITY.**

NOTE: Non-ad valorem assessments are placed on this notice at the request of the respective local governing boards. Your tax collector will be including them on the November tax notice. For details on particular non-ad valorem assessments, contact the levying local governing board.

NOTE: Amounts shown on this form do not reflect early payment discounts you may have received or may be eligible to receive. (Discounts are a maximum of 4 percent of the amounts shown on this form.)

All affected property owners have the right to appear at the public hearing and file written objections to the non-ad valorem assessments.

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | PURPOSE OF ASSESSMENT Provided on this notice at request of respective governing boards. Tax Collector will include on November tax notice. | | | UNITS | RATE | ASSESSMENT |
|---|---|---|---|---|---|---|
| OSCEOLA CO | Fire Rescue Residential Units | Sept 10, 5:30 PM | Telephonic Hearing - Please see the enclosure to learn how to participate | 1.0000 | 232.7000 | 232.70 |
| OSCEOLA CO | Household Chemical MSBU | Sept 10, 5:30 PM | Telephonic Hearing - Please see the enclosure to learn how to participate | 1.0000 | 4.0000 | 4.00 |
| OSCEOLA CO | Solid Waste-Advanced Disposal | Sept 10, 5:30 PM | Telephonic Hearing - Please see the enclosure to learn how to participate | 1.0000 | 292.9900 | 292.99 |
| **TOTAL ASSESSMENTS** | Please read enclosed additional information about non-ad valorem assessments. | | | | | 529.69 |

## EXPLANATION OF 'TAXING AUTHORITY TAX INFORMATION' SECTION

**COLUMN 1 - "PRIOR TAXABLE VALUE"**
This column shows the prior assessed value less all applicable exemptions used in the calculation of taxes for that specific taxing authority.
**COLUMNS 2 & 3 - "YOUR FINAL TAX RATE AND TAXES LAST YEAR"**
These columns show the tax rate and taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.

**COLUMN 4 - "CURRENT TAXABLE VALUE"**
This column shows the current assessed value less all applicable exemptions used in the calculation of taxes for that specific taxing authority. Current year taxable values are as of January 1, 2020.

**COLUMNS 5 & 6 - "YOUR TAX RATE AND TAXES IF NO BUDGET CHANGE IS MADE"**
These columns show what your tax rate and taxes will be IF EACH TAXING AUTHORITY DOES NOT CHANGE ITS PROPERTY TAX LEVY. These amounts are based on last year's budgets and your current assessment.

**COLUMNS 7 & 8 - "YOUR TAX RATE AND TAXES IF PROPOSED BUDGET CHANGE IS MADE"**
These columns show what your tax rate and taxes will be this year under the BUDGET ACTUALLY PROPOSED by each taxing authority. The proposal is NOT final and may be amended at the public hearings shown at the top of this notice. The difference between columns 6 and 8 is the tax change proposed by each local taxing authority and is NOT the result of higher assessments.

## EXPLANATION OF 'PROPERTY APPRAISER VALUE INFORMATION' SECTION

**MARKET (JUST) VALUE -** The most probable sale price for a property in a competitive, open market involving a willing buyer and a willing seller.

**ASSESSED VALUE -** The value of your property after any "assessment reductions" have been applied. This value may also reflect an agricultural classification. If "assessment reductions" are applied or an agricultural classification is granted, the assessed value will be different for School versus Non-School taxing authorities and for the purpose of calculating tax levies.

**TAXABLE VALUE: -** Taxable value is the current assessed value less all applicable exemptions used in calculation of taxes for taxing authorities.

**APPLIED ASSESSMENT REDUCTION -** Properties can receive an assessment reduction for a number of reasons, including the Save Our Homes benefit and the 10% non-homestead property assessment limitation. Agricultural Classification is not an assessment reduction. It is an assessment determined per Florida Statute 193.461.

**EXEMPTIONS -** Any exemption that impacts your property is listed in this section, along with its corresponding exemption value. Specific dollar or percentage reductions in assessed value may be applicable to a property based upon certain qualifications of the property or property owner. In some cases, an exemption's value may vary depending on the taxing authority. The tax impact of an exemption value may also vary for the same taxing authority, depending on the levy (i.e., operating millage vs. debt service millage)

For more information concerning this Notice of Proposed Property Taxes please visit our website at **www.property-appraiser.org**