# EXHIBIT "2"



# Detail by Entity Name

Foreign Profit Corporation
AMERICAN SECURITY INSURANCE COMPANY

**Filing Information**

| | |
|---|---|
| **Document Number** | 858338 |
| **FEI/EIN Number** | 58-1529575 |
| **Date Filed** | 11/03/1983 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 04/11/1984 |
| **Event Effective Date** | NONE |

**Principal Address**

260 INTERSTATE NORTH CIR., SE
ATLANTA, GA 30339-2210

Changed: 08/31/2005

**Mailing Address**

260 INTERSTATE NORTH CIR., SE
ATLANTA, GA 30339-2210

Changed: 04/25/2016

**Registered Agent Name & Address**

CHIEF FINANCIAL OFFICER
200 E. GAINES ST
TALLAHASSEE, FL 32399-0000

Name Changed: 03/17/2003

Address Changed: 02/26/2014

**Officer/Director Detail**

**Name & Address**

Title Secretary

ARAGON-CRUZ, JEANNIE AMY
11222 QUAIL ROOST DRIVE
MIAMI, FL 33157

Title Director

HALE, GARRETT HOYT
260 INTERSTATE NORTH CIR., SE
ATLANTA, GA 30339-2210

Title Treasurer

TURNER, BEECH
260 INTERSTATE NORTH CIR., SE
ATLANTA, GA 30339-2210

Title Director

HARRINGTON, ROBBIE
260 INTERSTATE NORTH CIR., SE
ATLANTA, GA 30339-2210

Title Director

LOPEZ-MORALES, IVAN C
260 INTERSTATE NORTH CIR., SE
ATLANTA, GA 30339-2210

Title Director

BIONDO, REBAKAH SUSAN
260 INTERSTATE NORTH CIR., SE
ATLANTA, GA 30339-2210

Title Director

HIX, JULIA MERCEDES
260 INTERSTATE NORTH CIR., SE
ATLANTA, GA 30339-2210

Title Director

MCDONALD, KATHARINE A
11222 QUAIL ROOST DRIVE
MIAMI, FL 33157

Title Director, President

CAMPBELL, MICHAEL
2677 N. MAIN STREET
SUITE 600
SANTA ANA, CA 92705

Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2018 | 04/28/2018 |

2019        04/29/2019
2020        04/15/2020

### Document Images

| | |
|---|---|
| 04/15/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2018 -- ANNUAL REPORT | View image in PDF format |
| 08/03/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/02/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/26/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/27/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/01/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2006 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2003 -- ANNUAL REPORT | View image in PDF format |
| 02/12/2002 -- ANNUAL REPORT | View image in PDF format |
| 09/19/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/10/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/13/1999 -- ANNUAL REPORT | View image in PDF format |
| 02/24/1998 -- ANNUAL REPORT | View image in PDF format |
| 03/17/1997 -- ANNUAL REPORT | View image in PDF format |
| 02/20/1996 -- ANNUAL REPORT | View image in PDF format |
| 02/22/1995 -- ANNUAL REPORT | View image in PDF format |