**COMPOSITE EXHIBIT "3"**

## 2020 CA 001924 CI - REEDER, LUCHY vs. AMERICAN SECURITY INSURANCE COMPANY

### SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| **Judge:** | SCHREIBER, MARGARET H | **Case Type:** | CONTRACTS | **Status:** | OPEN |
| **Case Number:** | 2020 CA 001924 CI | **Uniform Case Number:** | 492020CA001924XXXXXX | | |
| **Clerk File Date:** | 8/3/2020 | **Status Date:** | 8/3/2020 | | |
| **SAO Case Number:** | | **Total Fees Due:** | 0.00 | | |
| **Agency:** | | **Agency Report #:** | | **Custody Location:** | |

### PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PLAINTIFF | REEDER, LUCHY | 🔺 GROUP, INSURANCE (Main Attorney) |
| DEFENDANT | AMERICAN SECURITY INSURANCE COMPANY | |

### EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| | | No Events on Case | | |

### CASE HISTORY

| CASE NUMBER | CHARGE DESCRIPTION | CASE STATUS | DISPOSITION | OUTSTANDING AMOUNT | NEXT EVENT | ALERTS |
|---|---|---|---|---|---|---|
| | | | No Additional Cases | | | |

### CASE DOCKETS

| IMAGE | DATE | ENTRY |
|---|---|---|
| 📄 2 | 9/18/2020 | DEFENDANT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF COMPLAINT |
| 📄 2 | 9/4/2020 | NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS |
| 📄 1 | 8/31/2020 | NOTICE OF SERVICE OF PROCESS, |
| 📄 1 | 8/5/2020 | PAYMENT $410.00 RECEIPT #2020060498 |
| 📄 1 | 8/4/2020 | SUMMONS ISSUED (EMAILED TO ATTY) |
| 📄 1 | 8/3/2020 | NOTICE OF DESIGNATION OF EMAIL ADDRESS |
| Request | 8/3/2020 | PLAINTIFF'S SET OF NTERROGATORIES TO DEFENDANT |
| 📄 10 | 8/3/2020 | PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT |
| 📄 5 | 8/3/2020 | PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT |
| 📄 1 | 8/3/2020 | SUMMONS TO BE ISSUED |
| 📄 65 | 8/3/2020 | COMPLAINT AND DEMAND FOR JURY TRIAL |
| 📄 2 | 8/3/2020 | CIVIL COVER SHEET |
| | 8/3/2020 | CASE FILED 08/03/2020 CASE NUMBER 2020 CA 001924 CI |

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>NINTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>OSCEOLA</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Luchy Reeder</u>
 Plaintiff
        vs.
<u>American Security Insurance Company</u>
Defendant

**II.    AMOUNT OF CLAIM**
   Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>239,657</u>

**III.    TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability – commercial
    ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions
☐ Professional malpractice
    ☐ Malpractice – business
    ☐ Malpractice – medical

    ☐ Malpractice – other professional
☐ Other
    ☐ Antitrust/Trade Regulation
    ☐ Business Transaction
    ☐ Circuit Civil - Not Applicable
    ☐ Constitutional challenge-statute or ordinance
    ☐ Constitutional challenge-proposed amendment
    ☐ Corporate Trusts
    ☐ Discrimination-employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

☐ County Civil
    ☐ Small Claims up to $8,000
    ☐ Civil
    ☐ Replevins
    ☐ Evictions
    ☐ Other civil (non-monetary)

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☐ Non-monetary declaratory or injunctive relief;
    ☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:**
    (Specify)

    <u>1</u>

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ Yes
    ☒ No

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ No
    ☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ Yes
    ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ Michael Biberman</u>
           Attorney or party
FL Bar No.: <u>92700</u>
           (Bar number, if attorney)
           <u>Michael Biberman</u>
           (Type or print name)
    Date:  <u>08/03/2020</u>

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT, IN AND FOR
OSCEOLA COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.: 2020CA1924 CI

LUCHY REEDER,

    *Plaintiff,*

vs.

AMERICAN SECURITY INSURANCE COMPANY,

    *Defendant,*

_____/

## S U M M O N S

THE STATE OF FLORIDA:
To Each Sheriff of the State:

      YOU ARE HEREBY COMMANDED to serve this summons and a copy of the
Complaint filed in this action on Defendant,

AMERICAN SECURITY INSURANCE COMPANY
C/O FLORIDA CHIEF FINANCIAL OFFICER, AS REGISTERED AGENT
200 EAST GAINES STREET, TALLAHASSEE, FL 32399

      Each Defendant is required to serve written defenses to the complaint or petition on
KEITH PIPERSBURG, Esq. **of Insurance Litigation Group, P.A.,** Plaintiff's attorney, whose
address is **1500 NE 162nd St, North Miami Beach, Florida 33162,** within 20 days after service of this
summons on that defendant, exclusive of the day of service, and to file the original of the defenses with
the **Clerk of this Court,** either before service on Plaintiff's attorney or immediately thereafter. If a
defendant fails to do so, a default will be entered against the defendant for the relief demanded in the
complaint or petition.

DATED: 8-4-2020

      WITNESS my hand and the Seal of said Court

Armando Ramirez
As specified
As Clerk of the Court

As Deputy Clerk



# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Ms. Mona Cohen<br>Assurant<br>11222 Quail Roost Dr<br>Miami, FL 33157-6596 |

| | |
|---|---|
| **Entity:** | American Security Insurance Company<br>Entity ID Number 1874436 |
| **Entity Served:** | American Security Insurance Company |
| **Title of Action:** | Luchy Reeder vs. American Security Insurance Company |
| **Matter Name/ID:** | Luchy Reeder vs. American Security Insurance Company (10474585) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Osceola County Circuit Court, FL |
| **Case/Reference No:** | 2020 CA 001924 CI |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 08/31/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | Chief Financial Officer in FL on 08/26/2020 |
| **How Served:** | Electronic SOP |
| **Sender Information:** | Keith Pipersburg<br>786-529-0090 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA



LUCHY REEDER

PLAINTIFF(S)

VS.

AMERICAN SECURITY INSURANCE COMPANY

DEFENDANT(S)

_____/

SUMMONS, COMPLAINT, DISCOVERY, X4-HOMEOWNER DESIGNATION OF EMAIL ADDRESS 1.PDF.PDF

| | |
|---|---|
| **CASE #:** | **2020 CA 001924 CI** |
| **COURT:** | **CIRCUIT COURT** |
| **COUNTY:** | **OSCEOLA** |
| **DFS-SOP #:** | **20-000255350** |

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Wednesday, August 26, 2020 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, August 31, 2020 to the designated agent for the named entity as shown below.

AMERICAN SECURITY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

FAITH EVERETT
INSURANCE LITIGATION GROUP
17021 NE 6TH AVE L-R
NORTH MIAMI BEACH, FL 33162

CA1

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT, IN AND FOR
OSCEOLA COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.:

LUCHY REEDER,

    *Plaintiff,*

vs.

AMERICAN SECURITY INSURANCE COMPANY,

    *Defendant,*

_____/

RECEIVED AS STATUTORY REGISTERED AGENT
on 26 August, 2020 and served on defendant or named party on 31 August, 2020
by the Florida Department of Financial Services

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, LUCHY REEDER, by and through undersigned counsel sues the Defendant,
AMERICAN SECURITY INSURANCE COMPANY, and alleges:

## JURISDICTIONAL ALLEGATIONS

1.    This is an action for damages exceeding $30,000.00, exclusive of interest, costs,
and attorney's fees.

2.    At all times material hereto, Plaintiff was and is a resident of OSCEOLA County,
Florida, and is otherwise sui juris.

3.    At all material times hereto, Plaintiff owned the property insured by Defendant
located at 6008 Alligator Lake Shore West, St. Cloud, Florida 34771 (the "Property").

4.    The policy of insurance sued upon was issued by Defendant to Plaintiff in
OSCEOLA County, Florida.

5.    Jurisdiction and venue are therefore proper in the Circuit Court of Osceola County.

## GENERAL ALLEGATIONS

6. In consideration for the premiums paid to it, prior to September 09, 2017, Defendant issued an insurance policy number, FLR154849700, to Plaintiff for Plaintiff's property located at 6008 Alligator Lake Shore West, St. Cloud, Florida 34771 in OSCEOLA County, Florida (the "Policy"). *See the Policy, attached hereto as Exhibit "A."*

7. The Policy issued by Defendant included coverage for dwelling, other structures, personal property, and loss of use suffered by Plaintiff.

8. The Policy issued by Defendant included coverage for loss caused by flooding from Hurricane Irma.

9. At all times material hereto, including on September 09, 2017, the date of loss, the Policy was in full force and effect.

10. Defendant's policy for the building and other structures portions of the Policy is an "flood" policy that covers all direct physical losses to the Property that are the result of flooding.

11. All conditions precedent to obtaining payment of insurance benefits under the Policy have been complied with, met, or waived.

12. At all times material hereto, Defendant was not immune from liability for breach of contract pertaining to insurance coverage.

## COUNT I – BREACH OF CONTRACT

13. Plaintiff adopts and realleges the allegations contained in paragraphs 1 through 12 above.

14. This is a cause of action for breach of contract arising out of an insurance Policy that was in effect at the time of the loss to the insured Property.

15.     On or about September 09, 2017, Plaintiff's property was damaged by hurricane Irma, which caused flooding of the property, a covered loss (the "Loss").

16.     The September 09, 2017 Loss caused Plaintiff to suffer economic damage to their property, including physical loss to dwelling, contents, loss of use and the cost of increased compliance due to the Plaintiff's property needing to be raised, and Plaintiff to suffer such damages. *See Estimate of Damage, which includes damages attributable to flood due to the elevation of Plaintiff's property, attached as Exhibit "B," and Architect's letter, attached as Exhibit "C."*

17.     Plaintiff gave timely notice of the Loss and resulting damage to Defendant and/or its authorized agents, employees, or representatives.

18.     Defendant responded to the Loss by assigning claim number 00102273857 (the "Claim").

19.     Defendant was afforded the opportunity to fully inspect the Loss, investigate the cause of the Loss, and quantify the amount of the Loss.

20.     Defendant did inspect the Loss and Property in its investigation of the Claim.

21.     Defendant afforded coverage for the Claim.

22.     Defendant determined that $19,889.47 was owed in policy benefits on the Claim (the "Partial Payment").

23.     Defendant's Partial Payment of the Loss is an admission that the September 09, 2017 Loss is a covered loss under the Policy.

24.     Through its determination that there were damages on the Claim, Defendant admitted liability for the Loss.

25.     The amount of damages determined by Defendant is inadequate to perform the repairs needed to fix all damages caused by the Loss and to restore Plaintiff's Property to its pre-Loss condition.

26.     Defendant breached the Policy by failing to pay the full amount of damages sustained by Plaintiff.

27.     Defendant continues to refuse to pay the full amount of Plaintiff's covered Loss, despite Plaintiff's demands for full payment.

28.     Plaintiff has been damaged as a result of Defendant's breach in the form of insurance benefits due and owing, plus interest, costs, and attorney's fees.

29.     Plaintiff has retained the undersigned counsel to prosecute this action and is obligated to pay the undersigned counsel a reasonable attorney's fee.

30.     Plaintiff is entitled to recover reasonable attorney's fees from Defendant pursuant to any applicable attorney's fees statute.

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages together with interest, costs, and attorney's fees, and for such further relief this court deems just and proper.


## DEMAND FOR JURY TRIAL

Plaintiff herein demands a trial by jury of all issues so triable.


Dated: August 3, 2020          Respectfully submitted,

INSURANCE LITIGATION GROUP, P.A.
Attorney for Plaintiff
1500 NE 162nd Street
Miami, Florida 33162
Telephone:     (786) 529-0090
Facsimile:     (866) 239-9520
E-Mail: service@ILGPA.com

By:   /s/ Keith Pipersburg

KEITH PIPERSBURG, ESQ.

FL Bar No. 0125728

## CERTIFICATE

THIS COMPLAINT IS DATED AND SIGNED on August 3, 2020 and was filed by the above signed attorney.

# EXHIBIT "A"

INSURANCE PROCESSING
CENTER
P.O. BOX 202028
FLORENCE, SC  29502-2028

LUCHY M REEDER
6008 ALLIGATOR LAKE SHORE W
SAINT CLOUD, FL  34771

Re: REDACTED





CENTRAL LOAN ADMINISTRATION & REPORTING

August 16, 2017

LUCHY M REEDER
6008 ALLIGATOR LAKE SHORE W
SAINT CLOUD, FL  34771

## NOTICE OF PLACEMENT OF FLOOD INSURANCE
### PLEASE READ CAREFULLY

Subject:   Loan #: REDACTED                           Coverage Amount:  $201,600
                  6008 ALLIGATOR LAKE SHR W            Effective Date: 08/06/2017
                  SAINT CLOUD, FL  34771

Dear Customer:

This letter is to inform you that a flood insurance policy has been obtained on your behalf to cover the loan on your secured property, as required by the Flood Disaster Protection Act of 1973.

You were previously notified of the circumstances surrounding your need to have adequate flood insurance coverage, but to date we have not received a flood insurance policy demonstrating increased coverage on your property.

Attached is a flood insurance policy we have purchased on your behalf and its accompanying declarations page that explains the following:

- The amount of flood insurance coverage obtained on your behalf
- Its cost
- Some limitations to that coverage

The premium for this insurance coverage will be for a one-year period and will be charged to your escrow account. If you do not currently have an escrow account, one will be established for this purpose. If you purchase increased flood coverage on your own and provide a copy of that policy to us, we will cancel the policy we purchased. If you are due a refund of all or part of the premium you paid for the policy that we purchased, we will credit your escrow account or, if you do not have an escrow account, we will refund that amount to you. If your agent cannot help you purchase flood insurance, you should contact the National Flood Insurance Program directly at (800) 638-6620.

---

If you or your insurance agent have any questions about any information in this letter, or if you believe that the amount of coverage used to rate this policy exceeds the value of the home, please contact our Customer Service Department. A Customer Care Professional is available to assist you Monday through Friday.

Please be advised that the lender-placed carrier providing the coverage referenced above may be staffing our customer service telephone lines.

Sincerely,

Insurance Processing Center

**IMPORTANT BANKRUPTCY INFORMATION**

If you or your account is subject to pending bankruptcy proceedings, or if you receive a bankruptcy discharge, this correspondence is for informational purposes only and is not an attempt to collect a debt.

# AMERICAN SECURITY INSURANCE COMPANY

A Stock Insurance Company • Home Office: Wilmington, DE

**PO BOX 50355 ATLANTA, GEORGIA 30302**

Master Policy Number
MSP-RCFL-00745-00

LOAN
NUMBER 0057352395

POLICY NUMBER:
FLR07451548497

## RESIDENTIAL PROPERTY
## EXCESS FLOOD COVERAGE
## ADDITIONAL INSURED ENDORSEMENT

ADDITIONAL INSURED - NAME AND ADDRESS (Street No., City, State, Zip):

LUCHY M REEDER
6008 ALLIGATOR LAKE SHORE W
SAINT CLOUD, FL 34771

NAMED INSURED MORTGAGEE - Name and Address:

CENTRAL LOAN ADMINISTRATION
& REPORTING ISAOA, ATIMA
PO BOX 202028
FLORENCE, SC 29502-2028

| POLICY PERIOD | COVERAGE | AMOUNT OF INSURANCE | PREMIUM |
|---|---|---|---|
| EFFECTIVE TIME 12:01 AM | Building Property | $201,600 | REDACTED |
| From 08/06/2017 To 08/06/2018 | ICC Coverage | $30,000 | Included |
| DESCRIBED LOCATION 6008 ALLIGATOR LAKE SHR W SAINT CLOUD, FL 34771 | | | |
| | | | |
| | | | |
| | | | |
| Flood Zone: AE | | ANNUAL PREMIUM AMOUNT | REDACTED |
| Rate Group: | | ANNUAL TOTAL CHARGED | REDACTED |

FORMS AND ENDORSEMENTS ATTACHED AT TIME OF ISSUE:
MSP-RFL-J (06-09),MSP-RFL-POL (06-09),MSP-RCFL-EXC-END (06-09),MSP-RFL-END-FL (06-13)

Subject to the terms and provisions of the Mortgage Service Program Residential Property Flood Policy form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

(a) The above Named Insured Mortgagee is authorized to act for such Additional Insured(s) in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

(b) The Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured(s) for the insurance afforded.

(c) Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insured(s) as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at the company's option.

## DEDUCTIBLE
For all perils, the sum of $750 shall be deducted from the amount which would otherwise be recoverable for each loss separately occurring. This deductible shall apply separately to each building or structure.

## THIS POLICY ONLY COVERS BUILDINGS AND STRUCTURES. IT DOES NOT COVER YOUR CONTENTS OR PERSONAL PROPERTY.

**CLAIMS INFORMATION ONLY**
1-800-326-7781

**ALL OTHER INQUIRIES**
1-877-681-7316

08/16/2017
Issue Date

Authorized Representative

# AMERICAN SECURITY INSURANCE COMPANY

### P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THE COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

**READ YOUR POLICY CAREFULLY**

# Residential Flood Policy

**This policy only covers buildings and structures.  It does <u>not</u> cover your personal property, <u>nor</u> does it provide you with any liability coverage.**

THIS POLICY JACKET TOGETHER WITH THE RESIDENTIAL FLOOD FORM, ADDITIONAL INSURED ENDORSEMENT AND OTHER ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.

# YOUR RESIDENTIAL FLOOD POLICY
## QUICK REFERENCE

### ADDITIONAL INSURED ENDORSEMENT

Your Name
Location of Your Residence
Policy Period
Coverages
Limit of Liability
Deductible

<table>
<tr><td colspan="2"></td><td>Beginning<br>On Page</td><td></td><td></td><td>Beginning<br>On Page</td></tr>
<tr><td>I</td><td>- AGREEMENT</td><td>1</td><td colspan="2">Concealment or Fraud and Voidance of<br>Coverage</td><td>9</td></tr>
<tr><td>II</td><td>- DEFINITIONS</td><td>1</td><td colspan="2">Other Insurance</td><td>9</td></tr>
<tr><td>III</td><td>- COVERAGES</td><td>2</td><td colspan="2">Cancellation and Non-renewal</td><td>9</td></tr>
<tr><td></td><td>Building Property</td><td>2</td><td colspan="2">Conditions Suspending or Restricting<br>Coverage</td><td>9</td></tr>
<tr><td></td><td>Debris Removal, Loss Avoidance and<br>Loss Assessments</td><td>3</td><td colspan="2">Alterations and Repairs</td><td>9</td></tr>
<tr><td></td><td>Increased Cost of Compliance</td><td>4</td><td colspan="2">Requirements in Case of Loss</td><td>9</td></tr>
<tr><td></td><td>Temporary Housing Expense</td><td>5</td><td colspan="2">No Benefit to Bailee</td><td>10</td></tr>
<tr><td>IV</td><td>- PROPERTY NOT COVERED</td><td>6</td><td colspan="2">Loss Payment</td><td>10</td></tr>
<tr><td>V</td><td>- EXCLUSIONS</td><td>6</td><td colspan="2">Assignment</td><td>10</td></tr>
<tr><td>VI</td><td>- LOSS SETTLEMENT</td><td>7</td><td colspan="2">Abandonment</td><td>10</td></tr>
<tr><td></td><td>Replacement Cost</td><td>8</td><td colspan="2">Salvage</td><td>10</td></tr>
<tr><td></td><td>Special Loss Settlement</td><td>8</td><td colspan="2">Appraisal</td><td>10</td></tr>
<tr><td></td><td>Actual Cash Value</td><td>8</td><td colspan="2">Loss Clause</td><td>11</td></tr>
<tr><td>VII</td><td>- DEDUCTIBLES</td><td>8</td><td colspan="2">Action Against Us</td><td>11</td></tr>
<tr><td>VIII</td><td>- GENERAL CONDITIONS</td><td>8</td><td colspan="2">Subrogation</td><td>11</td></tr>
<tr><td></td><td>Policy Period</td><td>8</td><td colspan="2">Liberalization Clause</td><td>11</td></tr>
<tr><td></td><td>Insurable Interest & Limit of Liability</td><td>8</td><td colspan="2">Continuous Lake Flooding</td><td>11</td></tr>
<tr><td></td><td>Pairs and Sets</td><td>9</td><td colspan="2"></td><td></td></tr>
</table>

**PLEASE NOTE: THERE MAY BE AMENDATORY ENDORSEMENTS**

# MORTGAGE SERVICE PROGRAM
# RESIDENTIAL PROPERTY
# FLOOD POLICY

## I – AGREEMENT

**We** insure against all direct physical loss or damage to covered property by and from the peril of **flood** as defined.

This insurance applies to the **described location** for which an **additional insured endorsement** has been issued, upon which a Covered Structure(s) is situated and which is not otherwise excluded.

**We** insure **you** and **your** legal representatives against **direct physical loss by or from flood** to the **insured property** if **you** have:

1. Paid the correct premium;
2. Complied with all terms and conditions of this Policy; and
3. Furnished accurate information and statements.

## II – DEFINITIONS

A. Throughout this Policy **you** and **your** refer to the **named insured**, (Mortgagee) and the **additional insured** (Mortgagor) shown in the **additional insured endorsement**. **We**, **our** and **us** refer to the Company providing this insurance.

B. In addition, certain words and phrases are defined as follows:

1. **Actual Cash Value. Actual cash value** means the amount it would currently cost to repair or replace covered property with new material of like kind and quality, less allowance for physical deterioration and depreciation, including obsolescence.

2. **Additional Insured Endorsement.** The written contract between the **named insured** and **us**. It includes this printed form, any endorsement(s) that may be issued, and a computer generated summary of information that describes the Policy Period, Amount of Insurance and Deductible.

3. **Appurtenant Structures.** Structures such as garages, carports and storage **buildings**, on the same premises as the main **building** insured under the Policy.

4. **Association.** The entity made up of the homeowners responsible for the maintenance and operation of:
   a. Common elements owned in undivided shares by homeowners; and
   b. Other real property in which the homeowners have use rights; where membership in the entity is a required condition of home ownership.

5. **Base flood.** A **flood** having a one percent chance of being equaled or exceeded in any given year.

6. **Basement.** Any area of the **building** having its floor below ground level (sub-grade) on all sides.

7. **Building.**
   a. A structure with two or more outside rigid walls and a fully secured roof, that is affixed to a permanent site;
   b. A manufactured home (also known as a mobile home) is a structure built on a permanent chassis, transported to its site in one or more sections, and affixed to a permanent foundation; or
   c. A travel trailer without wheels, built on a chassis and affixed to a permanent foundation, that is regulated under the community's floodplain management and building ordinances or laws.
   
   If the manufactured home or travel trailer is in a **special flood hazard area** it must be anchored in the following manner at the time of the loss:
   (1) By over-the-top or frame ties to ground anchors; or
   (2) In accordance with the manufacturer's specifications; or
   (3) In compliance with the community's floodplain management requirements.
   
   **Building** does not mean a gas or liquid storage tank or a recreational vehicle, park trailer, or other similar vehicle, except as described in **II. B.7.c.** above.

8. **Binder.** An interim insurance to cover a **described location**.

9. **Cancellation.** The ending of the insurance coverage provided by this Policy before the expiration date.

10. **Condominium.** That form of ownership of real property in which each **unit** owner has an undivided interest in common elements.

11. **Described Location.** The legal description, or common street address, of real property which has been pledged under a valid deed of trust, mortgage document, or any other mortgage instrument as security for a loan made, assumed or serviced by an insured and upon which a **building** is situated.

12. **Direct physical loss by or from flood.** Loss or damage to **insured property**, directly caused by a **flood**. There must be evidence of physical changes to the property.

13. **Dwelling.** A **building** designed for use as a residence for no more than four families or a single-family **unit** in a **building** under a **condominium** form of ownership.

14. **Elevated Building.** A **building** that has no **basement** and that has its lowest elevated floor raised above ground level by foundation walls, shear walls, posts, piers, pilings or columns.

15. **Flood. Flood**, as used in this **flood** insurance policy, means:

    **a.** A general and temporary condition of partial or complete inundation of two or more acres of normally dry land area or of two or more properties (at least one of which is the **insured property**) from
    
    **(1)** overflow of inland or tidal waters;
    
    **(2)** unusual and rapid accumulation or runoff of surface waters from any source;
    
    **(3)** mudflow.

    **b.** Collapse or subsidence of land along the shore of a lake or similar body of water as a result of erosion or undermining caused by waves or currents of water exceeding the cyclical levels that result in a **flood** as defined in **II.B.15.a.** above.

16. **Improvements.** Fixtures, alterations, installations, or additions comprising a part of the insured **dwelling** or **unit**.

17. **Insurable Interest.** Any interest a person or entity has in the **described location**, of such nature that a certain happening might cause that person or entity financial loss.

18. **Insured Property.** The **building** or the **dwelling** and other structures on the **described location** (property address).

19. **Mudflow.** Mudslides which are proximately caused by flooding as defined above and are akin to a river of liquid and flowing mud on the surfaces of normally dry land areas, including the **described location**, as when earth is carried by a current of water and deposited along the path of the current.

20. **National Flood Insurance Program (NFIP).** The federal program of **flood** insurance coverage and floodplain management.

21. **Pollutants.** Substances that include, but are not limited to, any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes, but is not limited to, materials to be recycled, reconditioned, or reclaimed.

22. **Salvage.** The damaged property after a loss that has value to **you** or some other person or entity.

23. **Special Flood Hazard Area.** An area having a one percent (1%) chance of special **flood**, mudslide (i.e., **mudflow**), and/or flood-related erosion hazards in any given year, and shown as a darkly shaded area on a Flood Hazard Boundary Map (FHBM) or Flood Insurance Rate Map (FIRM).

24. **Unit.** A single-family **unit** in a **condominium building**.

25. **Walled and Roofed.** The **building** has in place two or more exterior, rigid walls and the roof is fully secured so that the **building** will resist flotation, collapse and lateral movement.

## III – COVERAGES

**A. Building Property**

**We** insure against **direct physical loss by or from flood** to:

1. The **building** or **dwelling unit** at the **described location**.

2. Additions and extensions attached to and in contact with the **dwelling** by means of a rigid exterior wall, a solid load-bearing interior wall, a stairway, an elevated walkway, or a roof. Additions and extensions attached to and in contact with the **building** by means of a common interior wall that is not a solid load-bearing wall are always considered part of the **dwelling**.

3. **Appurtenant structures** at the **described location**. The amount of insurance on **appurtenant structures** shall be limited to 10% of the **dwelling** coverage as an additional amount of insurance. **We** do not cover any detached garage used or held for use for residential (i.e., **dwelling**), business, or commercial farming purposes or being leased or rented to others.

4. Materials and supplies to be used for construction, alteration, or repair of the **building** or a detached garage while the materials and supplies are stored in a fully enclosed **building** at the **described location**.

5. A **building** under construction, alteration, or repair at the **described location**.

    **a.** If the structure is not yet **walled and roofed**, then coverage applies:
    
    **(1)** Only while such work is in progress; or
    
    **(2)** If such work is halted, only for a period of up to 90 continuous days thereafter.

    **b.** However, coverage does not apply until the **building** is **walled and roofed** if the lowest floor, including the **basement** floor, of a non-elevated **building** or the lowest floor of an **elevated building** is below the **base flood** elevation.

6. The following items of property:
   a. Awnings and canopies;
   b. Built-in dishwashers;
   c. Built-in microwave ovens;
   d. Carpet permanently installed over unfinished flooring;
   e. Central air conditioners;
   f. Elevator equipment;
   g. Fire sprinkler systems;
   h. Walk-in freezers;
   i. Furnaces and radiators;
   j. Installed garbage disposal units and built-in trash compactors;
   k. Hot water heaters, including solar water heaters;
   l. Light fixtures;
   m. Outdoor antennas and aerials fastened to **buildings**;
   n. Permanently installed cupboards, bookcases, cabinets, paneling and wallpaper;
   o. Plumbing fixtures;
   p. Pumps and machinery for operating pumps;
   q. Built-in or permanently installed ranges, cooking stoves, refrigerators and ovens;
   r. Wall mirrors, permanently installed.

7. The following items in a **building** enclosure below the lowest elevated floor of an **elevated building**, or in a **basement**:
   a. Any of the following items, if installed in their functioning locations and, if necessary for operation, connected to a power source:
      (1) Central air conditioners;
      (2) Cisterns;
      (3) Drywall for walls and ceilings in a **basement** and the cost of labor to nail it, unfinished and unfloated and not taped, to the framing;
      (4) Electrical junction and circuit breaker boxes;
      (5) Electrical outlets and switches;
      (6) Elevators, dumbwaiters, and related equipment;
      (7) Fuel tanks;
      (8) Furnaces and hot water heaters;
      (9) Heat pumps;
      (10) Nonflammable insulation in a **basement**;
      (11) Pumps and tanks used in solar energy systems;
      (12) Stairways and staircases attached to the **building**, not separated from it by elevated walkways;
      (13) Sump pumps;
      (14) Water softeners, water filters, and faucets installed as an integral part of the plumbing system;
      (15) Well water tanks and pumps;
      (16) Required utility connections for any item in this list; and
      (17) Footings, foundations, posts, pilings, piers, or other foundation walls and anchorage systems required to support a **building**.
   b. **We** will also pay for the cleanup of a **basement** or enclosure from a covered **flood** loss.

B. **Debris Removal, Loss Avoidance Measures And Loss Assessments**
   1. **Debris Removal**
      a. Subject to **III.B.1.c.** below, **we** will pay for all reasonable **flood** damage expenses incurred by **you** for the removal of non-owned debris on or in **insured property** and covered owned debris anywhere.
      b. If **you** perform the removal work, the cost of **your** labor will be based on the federal minimum wage.
      c. This coverage does not increase the Limit of Liability that applies to the **described location**.
   2. **Loss Avoidance Measures**
      a. Sandbags, Supplies and Labor. **We** will pay up to $1,000 for costs **you** incur to protect the **insured property** from a **flood** or imminent danger of **flood**, for the following:
         (1) **Your** reasonable expenses to buy:
            (a) Sandbags, including sand to fill them;
            (b) Fill for temporary levees;
            (c) Pumps; and
            (d) Plastic sheeting and lumber used in connection with these items.
         (2) The cost of labor, based on the federal minimum wage, that **you** perform.
      b. This coverage for Sandbags, Supplies and Labor applies only if damage to **insured property** by or from **flood** is imminent, and the threat of **flood** damage is apparent enough to lead a person of common prudence to anticipate **flood** damage. One of the following must also occur:
         (1) A general and temporary condition of flooding in the area near the **described location** must occur, even if the **flood** does not reach the insured **building**; or
         (2) A legally authorized official must issue an evacuation order or other civil order for the community in which the **insured property** is located calling for measures to preserve life and property from the peril of **flood**.

This coverage does not increase the Limit of Liability that applies to the **described location**.

3. **Loss Assessments**

   a. **We** will pay **your** share of loss assessments charged by an **association** in accordance with the **association's** articles of **association**, declarations and **your** deed. The assessment must be made as a result of **direct physical loss by or from flood** during the Policy term, to the **building's** common elements.

   b. **We** will not pay any loss assessment charged to **you**:

      (1) And the **association** by any governmental body;

      (2) That results from a loss to personal property, including contents of a **condominium** or community-owned **building**.

      (3) That results from a loss sustained by the **condominium association** that was not reimbursed under a **flood** insurance policy written in the name of the **association** because the **building** was not, at the time of loss, insured for an amount equal to the lesser of:

         (a) 80 percent or more of its full replacement cost; or

         (b) The maximum amount of insurance permitted under the **NFIP**.

   **Loss assessment** coverage does not increase the Limit of Liability that applies to the **described location**.

C. **Increased Cost Of Compliance**

   1. **General**

      **We** will pay the expenses to comply with a state or local floodplain management law or ordinance affecting repair or reconstruction of a structure suffering **flood** damage. Compliance activities eligible for payment are: elevation, floodproofing, relocation, or demolition (or any combination of these activities) of **insured property**. Eligible floodproofing activities are limited to: residential structures with **basements** that satisfy the Federal Emergency Management Agency's (FEMA's) standards published in the Code of Federal Regulations [44 CFR 60.6 (b) or (c)].

   2. **Limit of Liability**

      **We** will pay **you** up to the Limit of Liability stated on the **Additional Insured Endorsement** for Increased Cost of Compliance (ICC). **Our** payment of claims under this coverage is in addition to the amount of coverage that applies to the **described location**. **We** do not charge a separate deductible for a claim under Increased Cost of Compliance.

3. **Eligibility**

   a. A structure covered under **III – COVERAGES, A. Building Property**, sustaining a loss caused by a **flood** as defined by this Policy must:

      (1) Be a repetitive loss structure. A repetitive loss structure is one that meets the following conditions:

         (a) The structure has suffered **flood** damage on two occasions during a 10-year period which ends on the date of the second loss.

         (b) The cost to repair the **flood** damage, on average, equaled or exceeded 25 percent of the market value of the structure at the time of each **flood** loss.

         (c) In addition to the current claim, the previous qualifying claim must have been paid by **flood** insurance and the state or community must have a cumulative, substantial damage provision or repetitive loss provision in its floodplain management law or ordinance being enforced against the structure; or

      (2) Be a structure that has had **flood** damage in which the cost to repair equals or exceeds 50 percent of the market value of the structure at the time of the **flood**. The state or community must have a substantial damage provision in its floodplain management law or ordinance being enforced against the structure.

   b. This coverage will also pay for the incremental cost, after demolition or relocation, of elevating or floodproofing a structure during its rebuilding at the same or another site to meet state or local floodplain management laws or ordinances.

   c. This coverage will also pay to bring a flood-damaged structure into compliance with state or local floodplain management laws or ordinances even if the structure had received a variance before the present loss from the applicable floodplain management requirements.

4. **Conditions**

   a. When the **insured property** sustains a loss caused by a **flood, our** payment for the loss under **III – COVERAGES, C.** Increased cost to elevate, floodproof,

relocate, or demolish (or any combination of these activities) caused by the enforcement of current state or local floodplain management ordinances or laws. **Our** payment for eligible demolition activities will be for the cost to demolish and clear the site of the **building** debris or a portion therof caused by the enforcement of current state or local floodplain management ordinances or laws. Eligible activities for the cost of clearing the site will include those necessary to discontinue utility service to the site and ensure proper abandonment of on-site utilities.

b. When the **building** is repaired or rebuilt, it must be intended for the same occupancy as the present **building** unless otherwise required by current floodplain management ordinances or laws.

5. **Exclusions**

Under **III – COVERAGES, C**. Increased Cost of Compliance, **we** will not pay for:

a. The cost to comply with any floodplain management law or ordinance in communities participating in the **NFIP's** Emergency Program.

b. The cost associated with enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**.

c. The loss in value to any **insured building** or other structure due to the requirements of any ordinance or law.

d. The loss in residual value of the undamaged portion of a **building** demolished as a consequence of enforcement of any state or local floodplain management law or ordinance.

e. Any **Increased Cost of Compliance**;

   (1) Until the **building** is elevated, floodproofed, demolished, or relocated on the same or to another premises; and

   (2) Unless the **building** is elevated, floodproofed, demolished, or relocated as soon as reasonably possible after the loss, not to exceed 2 years.

f. Any code upgrade requirements, e.g., plumbing or electrical wiring, not specifically related to the state or local floodplain management law or ordinance.

g. Any compliance activities needed to bring additions or **improvements** made after the loss occurred into compliance with state or local floodplain management laws or ordinances.

h. Loss due to any ordinance or law that **you** were required to comply with before the current loss.

i. Any rebuilding activity to standards that do not meet the **NFIP's** minimum requirements. This includes any situation where **you** or the owner has received from the state or community a variance in connection with the current **flood** loss to rebuild the property to an elevation below the **base flood** elevation.

j. Increased Cost of Compliance for a garage or carport.

k. Any structure insured under an **NFIP** Group Flood Insurance Policy.

l. Assessments made by an **association** because of increased costs of repairing commonly owned **buildings** after a **flood** in order to be in compliance with state or local floodplain management ordinances or laws.

D. **Temporary Housing Expense**

If **insured property** is a **dwelling** and a **flood** loss covered by this Policy makes it unsafe or in poor condition to live in, or if a civil authority will not let the **additional insured** go to and use the **dwelling** as a result of flooding to neighboring locations, **we** cover the reasonable amount the **additional insured** paid in renting temporary housing that is comparable to the **additional insured's** damaged **dwelling** so that the **additional insured's** household can maintain its normal standard of living. **We** will not apply the deductible to this coverage. This coverage is subject to the following conditions, limitations and exclusions:

1. **We** will only pay if **dwelling** is for a single family and it is the **additional insured's** primary home.

2. **We** will pay for the shortest time required to repair or replace that damaged portion of **dwelling** that made it unsafe or in poor condition to live in. If the **additional insured** permanently relocates to a new **dwelling, we** will pay for the shortest time required to permanently relocate the **additional insured's** family to the new **dwelling**.

3. This coverage shall continue (even if the coverage that applies to the **described location** expires after the date of loss), until the repair and/or replacement of the damaged portion of the insured **dwelling** is completed, or after the **additional insured** has permanently relocated.

4. **Our** Limit of Liability for this coverage is a maximum of $1,000 for each **flood** loss or occurrence.

5. This coverage does not apply to:

   a. Amount paid or expended for maintaining the housing utilities in the temporary **dwelling**.

**b.** Amount paid or expended for cleaning, repairing or maintaining the temporary **dwelling**.

**c.** Food, eating out expenses, boarding of pets or any other expenses beyond the cost of renting the temporary **dwelling**.

**d.** Other costs, expenses, and fees including security deposits, cleaning fees, utility surcharges due to excessive use, deposits for set-up of new utilities and management fees.

## IV – PROPERTY NOT COVERED

**We** do not cover any of the following property:

1. Personal property or contents of any kind;

2. A **building** located entirely in, on or over water or seaward of mean high tide if it was constructed or substantially improved after September 30, 1982;

3. Open structures, including a **building** used as a boathouse or any structure or **building** into which boats are floated;

4. Recreational vehicles other than travel trailers described in **II – DEFINITIONS B.7.c.**, whether affixed to a permanent foundation or on wheels;

5. Self-propelled vehicles or machines, including their parts and equipment. However, **we** do cover self-propelled vehicles or machines not licensed for use on public roads that are:

   **a.** Used mainly to service the **described location**; or

   **b.** Designed and used to assist handicapped persons;

   while the vehicles or machines are inside a **building** at the **described location**;

6. Land, land values, lawns, trees, shrubs, plants, growing crops, or animals;

7. Accounts, bills, coins, currency, deeds, evidences of debt, medals, money, scrip, stored value cards, postage stamps, securities, bullion, manuscripts, or other valuable papers;

8. Underground structures and equipment, including wells, septic tanks, and septic systems;

9. Those portions of walks, walkways, decks, driveways, patios, and other surfaces, all whether protected by a roof or not, located outside the perimeter, exterior walls of the insured **building** or the **building** in which the insured **unit** is located;

10. Containers, including related equipment, such as, but not limited to, tanks containing gases or liquids;

11. **Buildings** or **units** if more than 49 percent of the **actual cash value** of the **building** or **unit** is below ground, unless the lowest level is at or above the **base flood** elevation and is below ground by reason of earth having been used as insulation material in conjunction with energy efficient building techniques;

12. Fences, retaining walls, seawalls, bulkheads, wharves, piers, bridges, docks; and other structures located on or over water, including boathouses or similar structures or **buildings** into which boats are floated or moored;

13. Aircraft or watercraft, or their furnishings and equipment;

14. Hot tubs and spas that are not bathroom fixtures, and swimming pools, and their equipment such as, but not limited to, heaters, filters, pumps, and pipes, wherever located;

15. CBRA / CBRS Zones. Properties located in a CBRA zone are in a high - risk area.

   **a.** **We** do not provide insurance for any **building** located in the Coastal Barrier Resources System (CBRS), as defined by the Coastal Barrier Resources Act (CBRA), if the sole purpose of the insurance is to secure a loan for escrow closing or if coverage is placed within six (6) months of loan origination.

   **b.** However, **we** will provide coverage if it is determined that the **insured property** is located in the Coastal Barrier Resource System and coverage is not otherwise excluded. An additional premium charge may result from this determination as of the policy effective date shown on the **additional insured endorsement**.

   **c.** **We** will adjust the premium and deduct any premium due from the proceeds of a claim, if any.

## V – EXCLUSIONS

**A.** **We** only provide coverage for **direct physical loss by or from flood**, which means **we** do not pay **you** for:

1. Loss of revenue or profits;

2. Loss of access to the **insured property** or **described location** except as provided under **III – D.** Temporary Housing Expense;

3. Loss of use of the **insured property** or **described location** except as provided under **III – D.** Temporary Housing Expense;

4. Any additional living expenses incurred while the insured **building** is being repaired or is unable to be occupied except as provided under **III – D.** Temporary Housing Expense;

5. The cost of complying with any ordinance or law requiring or regulating the construction, demolition, remodeling, renovation, or repair of property, including removal of any resulting debris except as provided under **III – COVERAGES C.** Increased Cost of Compliance; or

6. Any other economic loss.

**B.** **We** do not insure a loss directly or indirectly caused by a **flood** which is in progress as of 12:01 A.M. of the first day of the Policy term.

**C.** **We** do not insure for loss to property caused directly by earth movement even if the earth movement is caused by **flood**. Some examples of

earth movement that **we** do not cover are:

1. Earthquake;
2. Landslide;
3. Land subsidence;
4. Sinkholes;
5. Destabilization or movement of land that results from accumulation of water in subsurface land area; or
6. Gradual erosion.

**We** do, however, pay for losses from **mudflow** and subsidence as a result of erosion that are specifically covered under **our** definition of **flood** (see **II – DEFINITIONS B. 15.**).

D. **We** do not insure for direct physical loss caused directly or indirectly by any of the following:

1. The pressure or weight of ice;
2. Freezing or thawing;
3. Rain, snow, sleet, hail, or water spray;
4. Water, moisture, mildew, or mold damage that results primarily from any condition:
   a. Substantially confined to the **building** or **dwelling**; or
   b. That is within **your** control, including, but not limited to:
      (1) Design, structural, or mechanical defects;
      (2) Failure, stoppage, or breakage of water or sewer lines, drains, pumps, fixtures, or equipment; or
      (3) Failure to inspect and maintain the property after a **flood** recedes;
5. Water or waterborne material that:
   a. Backs up through sewers or drains;
   b. Discharges or overflows from a sump, sump pump, or related equipment; or
   c. Seeps or leaks on or through the **described location**;

   unless there is a **flood** in the area and the **flood** is the proximate cause of the sewer or drain backup, sump pump discharge or overflow, or seepage of water;
6. The pressure or weight of water unless there is a **flood** in the area and the **flood** is the proximate cause of the damage from the pressure or weight of water;
7. Power, heating, or cooling failure unless the failure results from **direct physical loss by or from flood** to power, heating, or cooling equipment on the **described location**;
8. Theft, fire, explosion, wind, or windstorm;
9. Any of the following:
   a. Wear and tear, marring, deterioration;
   b. Smog, rust or other corrosion, wet or dry rot;
   c. Discharge, dispersal, seepage, migration, release or escape of **pollutants**;
10. Anything **you**, the **additional insured**, or any member of the **additional insured's** household do or conspire to do to cause loss

by **flood** deliberately; or
11. Alteration of the **insured property** that significantly increases the risk of flooding.

E. **We** do not insure for loss to any **building** located on land leased from the Federal Government, arising from or incident to the flooding of the land by the Federal Government, where the lease expressly holds the Federal Government harmless under **flood** insurance issued under any Federal Government program.

F. **We** do not pay for the testing for or monitoring of **pollutants** unless required by floodplain management law or ordinance.

G. **We** do not insure for loss caused directly or indirectly by:

1. Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack,
   a. by government or sovereign power (de jure or de facto),
   b. by any authority maintaining or using military, naval or air forces, or,
   c. by an agent of any such government, power, authority or forces,

   it being understood that any discharge, explosion or use of any weapon of war employing nuclear fission or fusion shall be conclusively presumed to be such a hostile or warlike action by such a government, power, authority or forces.
2. Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence.

H. **We** do not insure for loss caused by:

1. Nuclear reaction;
2. Nuclear radiation, or;
3. Radioactive contamination,

all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by **flood**.

## VI – LOSS SETTLEMENT

This Policy provides three methods of settling losses: Replacement Cost, Special Loss Settlement, and **actual cash value**. Each method is used for a different type of property as explained below.

1. Replacement Cost loss settlement, described in **VI – A.** below, applies to a single-family **dwelling**.
2. Special Loss Settlement, described in **VI – B.** below, applies to a single-family **dwelling** that is a manufactured or mobile home or a travel trailer.

**3.** **Actual cash value**, described in **VI – C.** below, applies to all other insured property not subject to Replacement Cost or Special Loss Settlement.

**A. Replacement Cost Loss Settlement**

The following loss settlement conditions apply to a single-family **dwelling**:

**1.** **We** will pay to repair or replace the damaged **dwelling** after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

  **(a)** The Limit of Liability that is shown on the **Additional Insured Endorsement;**

  **(b)** The Replacement Cost of that part of the **dwelling** damaged, with materials of like kind and quality, and for like use; or

  **(c)** The necessary amount actually spent to repair or replace the damaged part of the **dwelling** for like use.

**2.** If the **dwelling** is rebuilt at a new location, the cost described above is limited to the cost that would have been incurred if the **dwelling** had been rebuilt at its former location.

**3.** When the full cost of repair or replacement is more than $1,000 or more than 5 percent of the whole amount of insurance that applies to the **dwelling**, **we** will only pay the **actual cash value** of the loss until actual repair or replacement is completed and documented by bills, receipts, work logs or completed work orders, and at **our** option, verified by **us**.

**4.** **You** may disregard these replacement cost conditions and make claim under this Policy for loss to **insured property** on an **actual cash value** basis. **You** may then make claim for any additional liability according to **VI – A. 1., (a), (b)**, and **(c)** above, provided **we** are notified within 180 days after the date of **our actual cash value** payment.

**B. Special Loss Settlement**

**1.** The following loss settlement conditions apply to a single-family **dwelling** that:

  **(a)** Is a manufactured or mobile home or a travel trailer, as defined in **II – DEFINITIONS B. 7.b.** and **II – DEFINITIONS B. 7.c.;**

  **(b)** Is at least 16 feet wide when fully assembled and has an area of at least 600 square feet within its perimeter walls when fully assembled.

**2.** If such **dwelling** is totally destroyed or damaged to such an extent that, in **our** judgment, it is not economically feasible to repair, at least to its pre-damage condition, **we** will, at **our** discretion, pay the least of the following amounts:

  **(a)** The lesser of the replacement cost of the dwelling or 1.5 times the **actual cash value,** or

  **(b)** The Limit of Liability that is shown on the **Additional Insured Endorsement**.

**3.** If such a **dwelling** is partially damaged and, in **our** judgment, it is economically feasible to repair it to its pre-damage condition, **we** will settle the loss according to the Replacement Cost conditions in paragraph **VI – A.** above.

**C. Actual Cash Value Loss Settlement**

The types of property noted below are subject to **actual cash value** loss settlement.

**1.** Detached garages.

**2.** The following appliances only:

  **(a)** Built-in dishwashers;

  **(b)** Built-in microwave ovens;

  **(c)** Built-in or permanently installed ranges, cooking stoves and ovens;

  **(d)** Built-in or permanently installed garbage disposal units and trash compactors; and

  **(e)** Refrigerators

**3.** Outdoor awnings, outdoor antennas or aerials of any type, and other outdoor equipment.

**4.** Any property covered under this Policy that is abandoned after a loss and remains as debris anywhere on the **described location**.

**5.** A **building** that is not used as a **dwelling** residence.

## VII – DEDUCTIBLES

**A.** When a loss is covered under this Policy, **we** will pay only that part of the loss that exceeds **your** deductible amount, subject to the Limit of Liability that applies. The deductible amount is shown on the **Additional Insured Endorsement**.

**B.** The deductible does not apply to the following **COVERAGES**:

**1.** Debris Removal;

**2.** Loss Avoidance Measures;

**3.** Increased Cost of Compliance;

**4.** Loss Assessment; or

**5.** Temporary Housing Expense.

## VIII – GENERAL CONDITIONS

**A. Policy Period**

This Policy applies only to loss which occurs during the policy period.

**B. Insurable Interest and Limit of Liability**

Even if more than one person has an **insurable interest** in the **described location**, **we** shall not be liable for:

**1.** An amount greater than the interest of the persons insured under this Policy; or

**2.** More than the Limit of Liability that applies, whichever is less.

If the **described location** is vacant and the mortgage on the property has been declared in default by the Mortgagee at the time of a loss, **we** shall be liable for no more than the Mortgagee's interest in the property at the time of loss.

The Mortgagee's interest is represented by the Mortgagor's unpaid balance, less unearned interest and finance charges, less unearned insurance premiums, less collection and foreclosure expenses, and less late charges and penalties added to the Mortgagor's unpaid balance after the inception date of this Policy.

**C. Pairs and Sets**

In case of loss to an article that is part of a pair or set, **we** will have the option of paying **you:**

1. An amount equal to the cost of replacing the lost, damaged, or destroyed article, minus the depreciation; or

2. The amount that represents the fair proportion of the total value of the pair or set that the lost, damaged, or destroyed article bears to the pair or set.

**D. Concealment or Fraud and Voidance of Coverage**

1. With respect to all **insureds** under this Policy, coverage for any **described location:**

   a. Is void;

   b. Has no legal force or effect;

   c. Cannot be renewed; and

   d. Cannot be replaced by a new Policy;

   If, before or after a loss, **you** or any other **insured** have at any time:

   **(1)** Intentionally concealed or misrepresented any material fact or circumstance;

   **(2)** Engaged in fraudulent conduct; or

   **(3)** Made false statements relating to this Policy.

2. This Policy will be void as of the date the wrongful acts described in **VIII – D.1.** above were committed.

3. Fines, civil penalties, and imprisonment under applicable federal laws may also apply to the acts of fraud or concealment described above.

4. This Policy is also void for reasons other than fraud, misrepresentation, or wrongful act. This Policy is void from its inception and has no legal force under the following conditions:

   a. If the property situated at the **described location** is not eligible for coverage; or

   b. If the premium is not paid upon **our** final demand.

**E. Other Insurance**

Coverage under this Policy is terminated as of the effective date of other valid and collectible coverage and unearned premium shall be calculated and refunded on a pro rata basis.

In no event shall this insurance apply as excess

or contributing insurance when other valid and collectible insurance is in force on the date of loss.

**F. Cancellation and Non-Renewal**

1. **Cancellation**

   a. Coverage under this Policy shall automatically and without prior notice, cancel when the **named insured** no longer has an interest in the **described location** or when the **named insured** has been provided with another policy that meets the requirements of the **named insured** as set forth in the mortgage agreement applicable to the **described location.**

   b. This Policy may also be cancelled by the **named insured** by returning it to **us** or notifying **us** in writing of the date **cancellation** is to take effect.

   c. **We** may cancel this Policy by mailing notice of **cancellation** to the **named insured** at the address shown on the **Additional Insured Endorsement** or by delivering the notice not less than 30 days prior to the effective date of **cancellation.**

2. **Non-Renewal**

   **We** will mail to the **named insured** at the address shown on the **Additional Insured Endorsement,** notice of non-renewal not less than **45** days before the end of the Policy period, if **we** decide not to renew or continue this Policy.

**G. Conditions Suspending or Restricting Coverage**

**We** are not liable for loss that occurs while there is a hazard that increased by any means within **your** control or knowledge.

**H. Alterations and Repairs**

**You** may, at any time and at **your** own expense, make alterations, additions and repairs to the **building** to protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures, and complete structures in the course of construction.

**I. Requirements in Case of Loss**

1. In case of a loss to which this insurance may apply, **you** shall see that the following duties are performed:

   a. Give immediate notice to **us** or agent;

   b. Protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures.

   c. Permit **us** to examine the damaged property as often as **we** reasonably require;

   d. Submit to signed statements and examinations under oath; and

   e. Submit to **us**, within 60 days after **we**

request, **your** signed, sworn statement of loss which sets forth, to the best of **your** knowledge and belief:

    **(1)**  the time and cause of loss;

    **(2)**  the interest of **you** and all others in the property involved and all encumbrances on the property;

    **(3)**  other insurance which may cover the loss;

    **(4)**  changes in title or occupancy of the property during the term of the Policy;

    **(5)**  and specifications of any damaged **building** and detailed estimates for repair of the damage.

**2.**  Permit **us** to examine and make extracts and copies of:

    **a.**  Any policies of property insurance insuring **you** against loss and the deed establishing ownership of the insured real property;

    **b.**  **Condominium association** documents including the Declarations of the **condominium**, its Articles of Association or Incorporation, Bylaws, rules and regulations, and other relevant documents if **you** are a **unit** owner in a **condominium building**; and

    **c.**  All books of accounts, bills, invoices and other vouchers, or certified copies pertaining to the damaged property if the originals are lost.

**3.**  **You** must cooperate with the adjuster or representative in the investigation of the claim.

**4.**  **We** may request, in writing, that **you** furnish **us** with a complete inventory of the lost, damaged, or destroyed property, including:

    **a.**  Quantities and costs;

    **b.**  **Actual cash values** or replacement cost (whichever is appropriate);

    **c.**  Amounts of loss claimed;

    **d.**  Any written plans and specifications for repair of the damaged property that **you** can reasonably make available to **us**; and

    **e.**  Evidence that prior **flood** damage has been repaired.

**5.**  If **we** give **you** written notice within 30 days after **we** receive **your** signed, sworn proof of loss, **we** may:

    **a.**  Repair, rebuild, or replace any part of the lost, damaged, or destroyed property with material or property of like kind and quality or its functional equivalent; and

    **b.**  Take all or any part of the damaged property at the value **we** agree upon or its appraised value.

**6.**  The insurance adjuster whom **we** hire to investigate **your** claim may furnish **you** with a proof of loss form, and she or he may help **you** complete it. However, this is a matter of courtesy only, and **you** must still send **us** a proof of loss within 60 days after the loss even if the adjuster does not furnish the form or help **you** complete it.

**J.**  **No Benefit to Bailee**

    **We** will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Policy.

**K.**  **Loss Payment**

  **1.**  **We** will adjust all losses with the **named insured.** Payment for loss will be made within 60 days:

    **a.**  After **we** reach an agreement with the **named insured**, and;

    **b.**  There is an entry of a final court judgment; or

    **c.**  There is a filing of an approved award with **us.**

  **2.**  Loss will be made payable to the **named insured** and the **additional insured** as their interest appear, either by:

    **a.**  A single instrument so worded, or;

    **b.**  By separate instruments payable respectively to the **named insured** and the **additional insured**, at **our** option.

    No coverage will be available to any Mortgagee other than that shown as the **named insured** on the **Additional Insured Endorsement.**

  **3.**  In the event the premium for the damaged property at the **described location** has not yet been paid at the time of the loss payment, **we** may, at **our** option, deduct the unpaid premium from the loss payment.

**L.**  **Assignment**

    **Assignment** of this Policy shall not be valid unless **we** give **our** written consent.

**M.**  **Abandonment**

    **You** may not abandon to **us** damaged or undamaged property insured under this Policy.

**N.**  **Salvage**

    **We** may permit **you** to keep damaged **insured property** after a loss, and **we** will reduce the amount of the claim proceeds payable to **you** under this Policy by value of the **salvage**.

**O.**  **Appraisal**

    If **we** fail to agree with the **named insured** on the **actual cash value** or replacement cost of the damaged property to settle upon the amount of loss, then either of **us** may demand an appraisal of the loss. In this event, the **named insured** and **we** shall each choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, the **named insured** and **we** may request that the choice be made by a judge

or a court of record in the state where the **insured property** is located. The appraisers will separately state the **actual cash value**, the replacement cost, and the amount of loss to each item. If the appraisers submit a written report of an agreement to **us**, the amount agreed upon will be the amount of the loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of **actual cash value** and loss, or if it applies, the replacement cost and loss. Each party will:

1. Pay its own appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

**P. Loss Clause**

Payment of any loss under this Policy shall not reduce the amount of insurance applicable to any other loss during the Policy term which arises out of a separate occurrence of **flood**; provided that all loss arising out of a continuous or protracted occurrence shall be deemed to constitute loss arising out of a single occurrence.

**Q. Action Against Us**

No action can be brought unless there has been compliance with the Policy provisions and the action is started within one year after the date of loss.

**R. Subrogation**

Whenever **we** make a payment for a loss under this Policy, **we** are subrogated to **your** right to recover for that loss from any other person who may be responsible for the loss. That means that **your** right to recover for a loss that was partly or totally caused by someone else is automatically transferred to **us**, to the extent that **we** have paid **you** for the loss. **We** may require **you** to acknowledge this transfer in writing. **You** also agree to cooperate and assist **us** in **our** efforts to collect reimbursement from those persons or entities responsible for the loss. After the loss, **you** may not give up **our** right to recover this money or do anything that would prevent **us** from recovering it. If **you** make any claim against any person who caused **your** loss and recover any money, **you** must pay **us** back first, up to the amount **we** paid, before **you** may keep any of that money.

If, in the event **we** collect from the persons responsible for the loss in accordance with the transfer of **your** rights to **us**, **we** will retain all sums collected up to the amount paid by **us** to **you**. If **we** collect more than **we** paid to **you**, **we** will pay to **you** all sums collected in excess of the amount paid less the costs of collection including **your** share of reasonable attorney fees and costs.

**S. Liberalization Clause**

If **we** adopt any revision which would broaden the coverage under this Policy without additional premium within 60 days prior to or during the Policy period, the broadened coverage will immediately apply to this Policy.

**T. Continuous Lake Flooding**

1. If **your** insured **building** has been flooded by rising lake waters continuously for 90 days or more and it appears reasonably certain that a continuation of this flooding will result in a covered loss to the insured **building** equal to or greater than the limit of coverage that applies to the **described location** plus the deductible, or the maximum payable under the Policy for any one **building** loss, **we** will pay **you** the lesser of these two amounts without waiting for the further damage to occur if **you** sign a release agreeing to make no further claim under this Policy;

   If the coverage term ends before the covered **building** has been flooded continuously for 90 days, the provisions of this paragraph will apply when the insured **building** suffers a covered loss before the coverage term ends.

2. If **your** insured **building** is subject to continuous lake flooding from a closed basin lake, **you** may elect to file a claim under paragraph **T.1.** above or paragraph **T.2.** (A closed basin lake is a natural lake from which water leaves primarily through evaporation and whose surface area now exceeds or has exceeded 1 square mile at any time in the recorded past. Most of the nation's closed basin lakes are in the western half of the United States, where annual evaporation exceeds annual precipitation and where lake levels and surface areas are subject to considerable fluctuation due to wide variations in the climate. These lakes may overtop their basins on rare occasions.) Under this paragraph **T.2.**, **we** will pay **your** claim as if the **building** is a total loss even though it has not been continuously inundated for 90 days, subject to the following conditions:

   a. Lake **flood** waters must damage or imminently threaten to damage **your building**.

   b. Before approval of **your** claim, **you** must:

      (1) Agree to a claim payment that reflects **your** buying back the **salvage** on a negotiated basis;

      (2) Grant the conservation easement described in the Federal Emergency Management Agency's (FEMA's) "Policy Guidance for Closed Basin Lakes," to be recorded in the office of the local recorder of deeds. FEMA, in consultation with the community in which the **described location** is situated, will identify on a map an area or areas of special consideration (ASC) in which there is a potential for **flood** damage

from continuous lake flooding. FEMA will give the community the agreed-upon map showing the ASC. This easement will only apply to that portion of the property in the ASC. It will allow certain agricultural and recreational uses of the land. The only structures that it will allow on any portion of the **described location** within the ASC are certain simple agricultural and recreational structures; and

**(3)** Comply with paragraph **T.1.** above.

c. If **you** are required to move the **building** to a new location outside the ASC, **we** will make an initial payment equivalent to sixty percent (60%) of **our** Limit of Liability. **We** will pay the remaining forty percent (40%) after **you** have moved the **building** outside the ASC.

**IN WITNESS WHEREOF, we** have caused this Policy to be executed and attested; but this Policy shall not be valid unless countersigned, where required, by **our** duly authorized agent.

SECRETARY                                             PRESIDENT

# EXCESS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**We** will provide coverage when the **named insured** requests a policy when the **additional insured's primary insurance** coverage is not sufficient to protect the **named insured's** interest pursuant to the mortgage loan contract or Federal Flood Insurance law.  This coverage will be **excess insurance** over the **primary insurance**.

Coverage shall be provided under this Endorsement when the loss exceeds the greater of the amount of all other existing insurance in effect at the time of loss and then only for the amount of such excess, subject to the limits stated in the attached **Additional Insured Endorsement**.

## II – DEFINITIONS

For purposes of this Endorsement, the following definitions shall also apply:

1. **Primary Insurance** – means the **flood** insurance policy issued under the **National Flood Insurance Program (NFIP)** or a similar program that provides the **primary insurance** coverage on the **described location.**

2. **Excess Insurance** – means the **flood** insurance policy issued to provide coverage when the **primary insurance flood** coverage is exhausted.

## VII – DEDUCTIBLES

Paragraph **A.** is deleted and replaced by the following:

A. When a loss is covered under this Policy, **we** will pay only that part of the loss that exceeds **your** deductible amount, subject to the Limit of Liability that applies.  The deductible will be the amount of insurance of any **primary insurance** policy that applies to the **described location.**

**All other terms and conditions of the Policy remain the same.**

# Mortgage Service Program
# Residential Property Flood Coverage

## FLORIDA AMENDATORY ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Policy form **MSP-RFL-POL** is changed.

### II – DEFINITIONS

**B. 21. Pollutants** is deleted and replaced by the following:

**21. Pollutants. Pollutants** means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

### VIII – GENERAL CONDITIONS

**D. Concealment or Fraud and Voidance of Coverage** is deleted and replaced by the following:

**D. Concealment or Fraud and Voidance of Coverage**
1. With respect to all **insureds** under this Policy, coverage for any **described location**:
   a. May be void;
   b. May have no legal force or effect;
   c. May not be renewed; and
   d. May not be replaced by a new Policy;
   If, before or after a loss, **you** or any other **insured** have at any time:
   (1) Intentionally concealed or misrepresented any material fact or circumstance;
   (2) Engaged in fraudulent conduct; or
   (3) Made false statements relating to this Policy.
2. This Policy may be void as of the date the wrongful acts described in **VIII – D.1.** above were committed.
3. Fines, civil penalties, and imprisonment under applicable federal laws may also apply to the acts of fraud or concealment described above.
4. This Policy may also be void for reasons other than fraud, misrepresentation, or wrongful act. This Policy may be void from its inception and may have no legal force under the following conditions:

a. If the property situated at the **described location** is not eligible for coverage; or
b. If the premium is not paid upon **our** final demand.

**F. Cancellation, 1.c.** and **2. Non-Renewal** are deleted and replaced by the following:

c. **We** may cancel this Policy for only the reasons stated in this Condition by mailing notice of **cancellation** to the **named insured** at the address shown in the **Additional Insured Endorsement** or by delivering the notice. The notice will include the reasons for **cancellation.**
   (1) If this Policy has been in effect for 90 days or less, **we** may cancel this Policy by notifying the **named insured**, at least:
   (a) 10 days before the effective date of **cancellation** if **we** cancel for nonpayment of premium; or
   (b) 20 days before the effective date of **cancellation** if **we** cancel for reasons other than nonpayment of premium, except **we** may cancel immediately;
      1) if there has been a material misstatement or misrepresentation;
      2) or failure to comply with underwriting requirements established by **us.**
   (2) If this Policy has been in effect for more than 90 days:
   (a) **we** may cancel this Policy only for one or more of the following reasons:
      1) Nonpayment of premium;
      2) The Policy was obtained by a material misstatement;
      3) There has been a failure to comply with underwriting requirements established by **us** within 90 days of the effective date of coverage;

**4)** There has been a substantial change in the risk covered by the Policy;

**5)** The **cancellation** is for all insureds under such policies for a given class of insureds; or

**6)** The **cancellation** of some or all of **our** policies is necessary to protect the best interests of the public or policyholders and such **cancellation** is approved by the Florida Office of Insurance Regulation.

**(b)** If **we** cancel this Policy for any of these reasons, **we** will notify the **named insured** at least:

**1)** 10 days before the effective date of **cancellation** if **we** cancel for nonpayment of premium; or

**2)** 100 days before the effective date of cancellation or by June 1, if cancellation would be effective between June 1 and November 1, whichever is earlier if **we** cancel for reasons other than nonpayment of premium.

**(3)** If **we** fail to give the **named insured** the 20 days or 100 days notice, this Policy will remain in effect until:

**(a)** The effective date of replacement coverage; or

**(b)** The expiration of a period of days after the notice is given equal to the required notice period;

Whichever is earlier.

**2. Non-Renewal**

**a.** If **we** decide not to renew this Policy **we** will give the **named insured** written notice of non-renewal not less than 100 days before the end of the policy period or by June 1, if non-renewal would be effective between June 1 and November 1, whichever is earlier. This notice will be mailed or delivered to the **named insured**, at the address shown in the **Additional Insured Endorsement** and will state the reason for non-renewal.

**b.** If **we** fail to give the **named insured** the 100 days notice, this Policy will remain in effect until:

**(1)** The effective date of replacement coverage; or

**(2)** The expiration of a period of days after the notice is given equal to the required notice period;

Whichever is earlier.

**I. Requirements in Case of Loss, 1.c.** is deleted and replaced by the following:

**c.** Permit **us** to examine the damaged property as often as **we** reasonably require. However, if **we** require access to **you** or to the **insured property** that is the subject of a claim, **we** must provide at least 48 hours notice to **you**, **your** public adjuster or legal representative before scheduling a meeting with **you** or prior to conducting an onsite inspection of the **insured property**. **You** may deny access to the **insured property** if the notice has not been provided or **you** may waive the 48-hour notice.

**K. Loss Payment**. Item **1.** is deleted and replaced by the following:

**1. We** will adjust all losses with the **named insured**. Provided **you** have complied with all the terms of this Policy, **we** will pay for covered loss or damage upon the earliest of the following:

**a.** Within 20 days after **we** receive **your** proof of loss and reach written agreement with the **named insured**;

**b.** Within 60 days after **we** receive **your** proof of loss and:

**(1)** There is an entry of a final court judgment; or

**(2)** There is a filing of an approved award with **us**; or

**c.** Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless **we** deny the claim during that time or factors beyond **our** control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Item **3.** is deleted in its entirety.

**O. Appraisal** is deleted and replaced by the following:

**O. Mediation or Appraisal**

If **we** fail to agree with the **named insured** on the **actual cash value** or replacement cost of the damaged property to settle upon the amount of loss, then either of **us** may request:

1. A Mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount **we** offer and the loss settlement amount the **named insured** requests. The settlement in the course of mediation is binding only if the **named insured** and **we** agree, in writing, on a settlement, and the **named insured** has not rescinded the settlement within 3 business days after reaching settlement. The **named insured** may not rescind the settlement after cashing or depositing the settlement check or draft **we** provided to the **named insured**.

   **We** will pay the cost of conducting any mediation conference, except when the **named insured** fails to appear at a conference. That conference will then be rescheduled upon the **named insured's** payment of the mediator's fee for that rescheduled conference. However, if **we** fail to appear at a mediation conference, **we** will pay the actual cash expenses the **named insured** incurs in attending the conference and also pay the mediator's fee for the rescheduled conference.

2. An appraisal of the loss. In this event, the **named insured** and **we** shall each choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, the **named insured** or **we** may request that the choice be made by a judge or a court of record in the state where the **insured property** is located. The appraisers will separately state the **actual cash value,** the replacement cost, and the amount of loss to each item. If the appraisers submit a written report of an agreement to **us,** the amount agreed upon will be the amount of the loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of **actual cash value** and loss, or if it applies, the replacement cost and loss.

   Each party will:

   a. pay its own appraiser; and

   b. bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, **we** will still retain **our** right to deny the claim.

   However, the **named insured** is not required to submit to, or participate in, any appraisal of the loss as a precondition to action against us for failure to pay the loss, if **we:**

   a. requested mediation and the **named insured** or **we** rejected the mediation result; or

   b. failed to notify the **named insured** of the **named insured's** right to participate in the mediation program.

**Q. Action Against Us** is deleted and replaced by the following:

**Q. Action Against Us**

No action shall be brought unless there has been compliance with the Policy provisions and the action is started within five years after the date of loss.

**All other terms and conditions of the Policy remain the same.**

# EXHIBIT "B"

|              |                              |              |                 |
|-------------:|:-----------------------------|-------------:|:----------------|
| Insured:     | Luchy Reeder                 |              |                 |
| Property:    | 6008 Alligator Lake Shore West |            |                 |
|              | St. Cloud, FL 34771          |              |                 |

|              |                              |              |                 |
|-------------:|:-----------------------------|-------------:|:----------------|
| Claim Rep.:  | Insurance Litigation Group   | Business:    | (786) 529-0090  |
| Business:    | 1500 N. E. 162nd Street      |              |                 |
|              | Miami, FL 33162              |              |                 |

**Claim Number:**              **Policy Number:**           **Type of Loss:** Wind Damage

| | | | |
|-------------:|:-----------------------------|-------------:|:----------------|
| Date of Loss: | 9/9/2017 12:00 AM          | Date Received: |               |
| Date Inspected: |                          | Date Entered:  | 8/8/2019 12:00 AM |

| | |
|-------------:|:-----------------------------|
| Price List:  | FLOR8X_JUL19                 |
|              | Restoration/Service/Remodel  |
| Estimate:    | REEDER_WATER                 |

# REEDER_WATER

**REEDER_WATER**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Additional Living Expense | 120.00 EA | 175.00 | 0.00 | 0.00 | 21,000.00 | (0.00) | 21,000.00 |
| 2. Job-site moving/storage container - 20' long - per month | 4.00 MO | 189.00 | 56.70 | 162.54 | 975.24 | (0.00) | 975.24 |
| 3. Job-site cargo container - pick up/del. (each way) 16'-40' | 4.00 EA | 99.40 | 29.82 | 85.48 | 512.90 | (0.00) | 512.90 |
| 4. R&R Patio/pool Enclosure - Rescreen | 3,133.00 SF | 1.34 | 96.34 | 858.90 | 5,153.46 | (0.00) | 5,153.46 |
| 5. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 625.00 | 0.00 | 250.00 | 1,500.00 | (0.00) | 1,500.00 |
| 6. Dry-Out Electrical Increase | 1.00 EA | 1,413.30 | 0.00 | 0.00 | 1,413.30 | (0.00) | 1,413.30 |
| **Total: REEDER_WATER** | | | 182.86 | 1,356.92 | 30,554.90 | 0.00 | 30,554.90 |

## Main Level

**Main Level**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 7. Boat Dock | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 8. R&R 2" x 4" lumber (.667 BF per LF) | 1,500.00 LF | 2.84 | 65.25 | 865.06 | 5,190.31 | (0.00) | 5,190.31 |
| 9. R&R Deck / Exterior guard rail - Newel post - Labor only | 18.00 EA | 136.00 | 18.58 | 493.32 | 2,959.90 | (0.00) | 2,959.90 |
| 10. 6" x 6" x 14' - fir/larch post - material only | 6.00 EA | 81.69 | 36.76 | 105.38 | 632.28 | (0.00) | 632.28 |
| 11. Carpenter - General Framer - per hour | 48.00 HR | 71.72 | 0.00 | 688.52 | 4,131.08 | (0.00) | 4,131.08 |
| **Total: Main Level** | | | 120.59 | 2,152.28 | 12,913.57 | 0.00 | 12,913.57 |



| **Entry/Foyer** | | **Height: 8'** |
|---|---|---|
| 283.67 SF Walls | | 135.97 SF Ceiling |
| 419.64 SF Walls & Ceiling | | 135.97 SF Floor |
| 15.11 SY Flooring | | 33.17 LF Floor Perimeter |
| 51.50 LF Ceil. Perimeter | | |

| **Missing Wall** | **18' 4" X 8'** | **Opens into DINING_ROOM** |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Contents - move out then reset - Extra large room | 1.00 EA | 143.47 | 0.00 | 28.70 | 172.17 | (0.00) | 172.17 |
| 13. Provide box, packing paper & tape - large size | 5.00 EA | 4.19 | 1.57 | 4.52 | 27.04 | (0.00) | 27.04 |
| 14. Provide box, packing paper & tape - medium size | 12.00 EA | 3.15 | 2.84 | 8.12 | 48.76 | (0.00) | 48.76 |
| 15. Bubble Wrap - Add-on cost for fragile items | 250.00 LF | 0.22 | 4.13 | 11.82 | 70.95 | (0.00) | 70.95 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 16. R&R 1/2" drywall - hung, taped, floated, ready for paint | 283.67 SF | 2.35 | 10.00 | 135.34 | 811.97 | (0.00) | 811.97 |
| 17. R&R 5/8" drywall - hung, taped, floated, ready for paint | 135.97 SF | 2.43 | 5.30 | 67.14 | 402.85 | (0.00) | 402.85 |
| 18. Texture drywall - heavy hand texture | 135.97 SF | 0.80 | 1.43 | 22.04 | 132.25 | (0.00) | 132.25 |
| 19. Texture drywall - machine | 283.67 SF | 0.43 | 0.85 | 24.58 | 147.41 | (0.00) | 147.41 |
| 20. Seal the walls and ceiling w/latex based stain blocker - one coat | 419.64 SF | 0.47 | 2.20 | 39.88 | 239.31 | (0.00) | 239.31 |
| 21. Seal/prime then paint the walls and ceiling (2 coats) | 419.64 SF | 0.75 | 5.04 | 63.94 | 383.71 | (0.00) | 383.71 |
| 22. R&R Baseboard - 4 1/4" | 33.17 LF | 4.12 | 4.53 | 28.24 | 169.43 | (0.00) | 169.43 |
| 23. Seal & paint baseboard, oversized - three coats | 33.17 LF | 1.78 | 0.50 | 11.90 | 71.44 | (0.00) | 71.44 |
| 24. R&R Tile floor covering - High grade | 135.97 SF | 10.64 | 58.74 | 301.10 | 1,806.56 | (0.00) | 1,806.56 |
| 25. Remove Additional labor to remove tile from concrete slab | 135.97 SF | 1.67 | 0.00 | 45.42 | 272.49 | (0.00) | 272.49 |
| 26. Floor leveling cement - Average | 135.97 SF | 1.52 | 9.69 | 43.28 | 259.64 | (0.00) | 259.64 |
| 27. Mask and prep for paint - plastic, paper, tape (per LF) | 84.67 LF | 1.12 | 1.65 | 19.30 | 115.78 | (0.00) | 115.78 |
| 28. Floor protection - self-adhesive plastic film | 135.97 SF | 0.50 | 1.22 | 13.84 | 83.05 | (0.00) | 83.05 |
| 29. Final cleaning - construction - Residential | 135.97 SF | 0.22 | 0.00 | 5.98 | 35.89 | (0.00) | 35.89 |
| 30. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 28.81 | 0.00 | 11.52 | 69.14 | (0.00) | 69.14 |
| 31. Window drapery - hardware - Detach & reset | 1.00 EA | 28.81 | 0.00 | 5.76 | 34.57 | (0.00) | 34.57 |
| 32. Detach & Reset Outlet | 3.00 EA | 15.90 | 0.00 | 9.54 | 57.24 | (0.00) | 57.24 |
| 33. Detach & Reset Ceiling fan without light | 1.00 EA | 157.86 | 0.00 | 31.58 | 189.44 | (0.00) | 189.44 |
| 34. Clean ceiling fan w/out light | 1.00 EA | 14.73 | 0.00 | 2.94 | 17.67 | (0.00) | 17.67 |
| 35. R&R French door, 8' - Exterior - metal - insul.- pre-hung unit | 1.00 EA | 968.28 | 63.33 | 206.32 | 1,237.93 | (0.00) | 1,237.93 |
| **Totals: Entry/Foyer** | | | **173.02** | **1,142.80** | **6,856.69** | **0.00** | **6,856.69** |

**Dining Room**                                                                        Height: 7'



| 185.50 SF Walls | 204.00 SF Ceiling |
| 389.50 SF Walls & Ceiling | 204.00 SF Floor |
| 22.67 SY Flooring | 26.50 LF Floor Perimeter |
| 26.50 LF Ceil. Perimeter | |

| Missing Wall | 14' X 7' | Opens into KITCHEN |
| Missing Wall | 18' 4" X 7' | Opens into ENTRY_FOYER |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 36. Contents - move out then reset | 1.00 EA | 47.83 | 0.00 | 9.56 | 57.39 | (0.00) | 57.39 |
| 37. Provide box, packing paper & tape - large size | 2.00 EA | 4.19 | 0.63 | 1.80 | 10.81 | (0.00) | 10.81 |
| 38. Provide box, packing paper & tape - medium size | 12.00 EA | 3.15 | 2.84 | 8.12 | 48.76 | (0.00) | 48.76 |
| 39. R&R 1/2" drywall - hung, taped, floated, ready for paint | 185.50 SF | 2.35 | 6.54 | 88.48 | 530.95 | (0.00) | 530.95 |
| 40. R&R 5/8" drywall - hung, taped, floated, ready for paint | 204.00 SF | 2.43 | 7.96 | 100.74 | 604.42 | (0.00) | 604.42 |
| 41. Texture drywall - heavy hand texture | 204.00 SF | 0.80 | 2.14 | 33.06 | 198.40 | (0.00) | 198.40 |
| 42. Texture drywall - machine | 185.50 SF | 0.43 | 0.56 | 16.08 | 96.41 | (0.00) | 96.41 |
| 43. Seal the walls and ceiling w/latex based stain blocker - one coat | 389.50 SF | 0.47 | 2.05 | 37.04 | 222.16 | (0.00) | 222.16 |
| 44. Seal/prime then paint the walls and ceiling (2 coats) | 389.50 SF | 0.75 | 4.67 | 59.36 | 356.16 | (0.00) | 356.16 |
| 45. R&R Baseboard - 4 1/4" | 26.50 LF | 4.12 | 3.62 | 22.56 | 135.37 | (0.00) | 135.37 |
| 46. Seal & paint baseboard, oversized - three coats | 26.50 LF | 1.78 | 0.40 | 9.52 | 57.09 | (0.00) | 57.09 |
| 47. R&R Tile floor covering - High grade | 204.00 SF | 10.64 | 88.13 | 451.74 | 2,710.43 | (0.00) | 2,710.43 |
| 48. Remove Additional labor to remove tile from concrete slab | 204.00 SF | 1.67 | 0.00 | 68.14 | 408.82 | (0.00) | 408.82 |
| 49. Floor leveling cement - Average | 204.00 SF | 1.52 | 14.54 | 64.92 | 389.54 | (0.00) | 389.54 |
| 50. Mask and prep for paint - plastic, paper, tape (per LF) | 53.00 LF | 1.12 | 1.03 | 12.08 | 72.47 | (0.00) | 72.47 |
| 51. Floor protection - self-adhesive plastic film | 204.00 SF | 0.50 | 1.84 | 20.76 | 124.60 | (0.00) | 124.60 |
| 52. Final cleaning - construction - Residential | 204.00 SF | 0.22 | 0.00 | 8.98 | 53.86 | (0.00) | 53.86 |
| 53. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 28.81 | 0.00 | 5.76 | 34.57 | (0.00) | 34.57 |
| 54. Window drapery - hardware - Detach & reset | 1.00 EA | 28.81 | 0.00 | 5.76 | 34.57 | (0.00) | 34.57 |
| 55. Detach & Reset Hanging light fixture | 1.00 EA | 44.33 | 0.00 | 8.86 | 53.19 | (0.00) | 53.19 |
| 56. Clean light fixture - high detail | 1.00 EA | 17.98 | 0.01 | 3.60 | 21.59 | (0.00) | 21.59 |
| 57. Detach & Reset Outlet | 3.00 EA | 15.90 | 0.00 | 9.54 | 57.24 | (0.00) | 57.24 |
| 58. Remove Security system - key pad | 1.00 EA | 2.70 | 0.00 | 0.54 | 3.24 | (0.00) | 3.24 |
| 59. Install Security system - key pad | 1.00 EA | 89.38 | 0.00 | 17.88 | 107.26 | (0.00) | 107.26 |
| **Totals: Dining Room** | | | **136.96** | **1,064.88** | **6,389.30** | **0.00** | **6,389.30** |



**Kitchen**                                                                   Height: 7'

| | |
|---|---|
| 308.00  SF Walls | 208.83  SF Ceiling |
| 516.83  SF Walls & Ceiling | 208.83  SF Floor |
| 23.20  SY Flooring | 44.00  LF Floor Perimeter |
| 44.00  LF Ceil. Perimeter | |

**Missing Wall**                    **14' X 7'**            **Opens into DINING_ROOM**



**Subroom:  Room2 (1)**                                                       Height: 7'

| | |
|---|---|
| 70.00  SF Walls | 6.00  SF Ceiling |
| 76.00  SF Walls & Ceiling | 6.00  SF Floor |
| 0.67  SY Flooring | 10.00  LF Floor Perimeter |
| 10.00  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 60.  Contents - move out then reset - Extra large room | 1.00 EA | 143.47 | 0.00 | 28.70 | 172.17 | (0.00) | 172.17 |
| 61.  Provide box, packing paper & tape - large size | 2.00 EA | 4.19 | 0.63 | 1.80 | 10.81 | (0.00) | 10.81 |
| 62.  Provide box, packing paper & tape - medium size | 15.00 EA | 3.15 | 3.54 | 10.16 | 60.95 | (0.00) | 60.95 |
| 63.  Bubble Wrap - Add-on cost for fragile items | 350.00 LF | 0.22 | 5.78 | 16.56 | 99.34 | (0.00) | 99.34 |
| 64.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 378.00 SF | 2.35 | 13.32 | 180.32 | 1,081.94 | (0.00) | 1,081.94 |
| 65.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 214.83 SF | 2.43 | 8.38 | 106.08 | 636.49 | (0.00) | 636.49 |
| 66.  Texture drywall - heavy hand texture | 214.83 SF | 0.80 | 2.26 | 34.84 | 208.96 | (0.00) | 208.96 |
| 67.  Texture drywall - machine | 378.00 SF | 0.43 | 1.13 | 32.72 | 196.39 | (0.00) | 196.39 |
| 68.  Seal the walls and ceiling w/latex based stain blocker - one coat | 592.83 SF | 0.47 | 3.11 | 56.34 | 338.08 | (0.00) | 338.08 |
| 69.  Seal/prime then paint the walls and ceiling (2 coats) | 592.83 SF | 0.75 | 7.11 | 90.34 | 542.07 | (0.00) | 542.07 |
| 70.  R&R Baseboard - 4 1/4" | 54.00 LF | 4.12 | 7.37 | 45.98 | 275.83 | (0.00) | 275.83 |
| 71.  Seal & paint baseboard, oversized - three coats | 54.00 LF | 1.78 | 0.81 | 19.38 | 116.31 | (0.00) | 116.31 |
| 72.  R&R Tile floor covering - High grade | 214.83 SF | 10.64 | 92.81 | 475.72 | 2,854.32 | (0.00) | 2,854.32 |
| 73.  Remove Additional labor to remove tile from concrete slab | 214.83 SF | 1.67 | 0.00 | 71.76 | 430.53 | (0.00) | 430.53 |
| 74.  Floor leveling cement - Average | 214.83 SF | 1.52 | 15.31 | 68.36 | 410.21 | (0.00) | 410.21 |
| 75.  Mask and prep for paint - plastic, paper, tape (per LF) | 108.00 LF | 1.12 | 2.11 | 24.62 | 147.69 | (0.00) | 147.69 |
| 76.  Floor protection - self-adhesive plastic film | 214.83 SF | 0.50 | 1.93 | 21.86 | 131.21 | (0.00) | 131.21 |
| 77.  Final cleaning - construction - Residential | 214.83 SF | 0.22 | 0.00 | 9.46 | 56.72 | (0.00) | 56.72 |
| 78.  Recessed light fixture - Detach & reset entire unit | 6.00 EA | 92.93 | 0.00 | 111.52 | 669.10 | (0.00) | 669.10 |
| 79.  Clean light fixture | 6.00 EA | 8.99 | 0.03 | 10.78 | 64.75 | (0.00) | 64.75 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 80. Detach & Reset Hanging light fixture | 1.00 EA | 44.33 | 0.00 | 8.86 | 53.19 | (0.00) | 53.19 |
| 81. Clean light fixture - high detail | 2.00 EA | 17.98 | 0.02 | 7.20 | 43.18 | (0.00) | 43.18 |
| 82. R&R Cabinetry - upper (wall) units - High grade | 15.75 LF | 184.09 | 165.98 | 613.08 | 3,678.48 | (0.00) | 3,678.48 |
| 83. R&R Cabinetry - lower (base) units - High grade | 10.17 LF | 239.86 | 149.79 | 517.84 | 3,107.01 | (0.00) | 3,107.01 |
| 84. R&R Cabinet knob or pull - High grade | 20.00 EA | 12.59 | 10.29 | 52.42 | 314.51 | (0.00) | 314.51 |
| 85. R&R Countertop - flat laid plastic laminate - High grade | 14.25 LF | 46.94 | 32.38 | 140.26 | 841.54 | (0.00) | 841.54 |
| 86. Refrigerator - Remove & reset | 1.00 EA | 34.60 | 0.00 | 6.92 | 41.52 | (0.00) | 41.52 |
| 87. Range - electric - Remove & reset | 1.00 EA | 34.60 | 0.00 | 6.92 | 41.52 | (0.00) | 41.52 |
| 88. Detach & Reset Ground fault interrupter (GFI) outlet | 1.00 EA | 15.90 | 0.00 | 3.18 | 19.08 | (0.00) | 19.08 |
| 89. R&R Ceramic/porcelain tile - High grade | 36.00 SF | 10.59 | 15.71 | 79.38 | 476.33 | (0.00) | 476.33 |
| 90. Add-on for tile backsplash installation | 36.00 SF | 5.41 | 0.00 | 38.96 | 233.72 | (0.00) | 233.72 |
| 91. R&R Sink faucet - Kitchen | 1.00 EA | 264.21 | 13.29 | 55.50 | 333.00 | (0.00) | 333.00 |
| 92. R&R P-trap assembly - ABS (plastic) | 1.00 EA | 61.21 | 0.45 | 12.34 | 74.00 | (0.00) | 74.00 |
| 93. R&R Angle stop valve | 5.00 EA | 35.98 | 2.70 | 36.52 | 219.12 | (0.00) | 219.12 |
| 94. R&R Plumbing fixture supply line | 5.00 EA | 22.38 | 2.10 | 22.80 | 136.80 | (0.00) | 136.80 |
| 95. Garbage disposer - Detach & reset | 1.00 EA | 142.09 | 0.00 | 28.42 | 170.51 | (0.00) | 170.51 |
| 96. Dishwasher - Detach & reset | 1.00 EA | 241.68 | 0.00 | 48.34 | 290.02 | (0.00) | 290.02 |
| 97. Range hood - Detach & reset | 1.00 EA | 76.83 | 0.00 | 15.36 | 92.19 | (0.00) | 92.19 |
| 98. Detach & Reset Outlet | 6.00 EA | 15.90 | 0.00 | 19.08 | 114.48 | (0.00) | 114.48 |
| 99. Interior door - Detach & reset | 2.00 EA | 73.67 | 0.12 | 29.48 | 176.94 | (0.00) | 176.94 |
| 100. R&R Bifold door - Colonist - Single | 1.00 EA | 121.37 | 4.45 | 25.18 | 151.00 | (0.00) | 151.00 |
| 101. Paint door slab only - 2 coats (per side) | 2.00 EA | 29.21 | 0.98 | 11.88 | 71.28 | (0.00) | 71.28 |
| 102. R&R Sink - double - High grade | 1.00 EA | 503.92 | 28.65 | 106.52 | 639.09 | (0.00) | 639.09 |
| **Totals: Kitchen** | | | **592.54** | **3,303.74** | **19,822.38** | **0.00** | **19,822.38** |



**Bedroom**           **Height: 7'**

| | |
|---|---|
| 351.17 SF Walls | 152.42 SF Ceiling |
| 503.58 SF Walls & Ceiling | 152.42 SF Floor |
| 16.94 SY Flooring | 50.17 LF Floor Perimeter |
| 50.17 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 103.  Contents - move out then reset - Extra large room | 1.00 EA | 143.47 | 0.00 | 28.70 | 172.17 | (0.00) | 172.17 |
| 104.  Provide box, packing paper & tape - large size | 6.00 EA | 4.19 | 1.89 | 5.40 | 32.43 | (0.00) | 32.43 |
| 105.  Provide box, packing paper & tape - medium size | 15.00 EA | 3.15 | 3.54 | 10.16 | 60.95 | (0.00) | 60.95 |
| 106.  Bubble Wrap - Add-on cost for fragile items | 250.00 LF | 0.22 | 4.13 | 11.82 | 70.95 | (0.00) | 70.95 |
| 107.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 175.58 SF | 2.35 | 6.19 | 83.76 | 502.56 | (0.00) | 502.56 |
| 108.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 76.21 SF | 2.43 | 2.97 | 37.64 | 225.80 | (0.00) | 225.80 |
| 109.  Texture drywall - heavy hand texture | 152.42 SF | 0.80 | 1.60 | 24.70 | 148.24 | (0.00) | 148.24 |
| 110.  Texture drywall - machine | 351.17 SF | 0.43 | 1.05 | 30.42 | 182.47 | (0.00) | 182.47 |
| 111.  Seal the walls and ceiling w/latex based stain blocker - one coat | 503.58 SF | 0.47 | 2.64 | 47.86 | 287.18 | (0.00) | 287.18 |
| 112.  Seal/prime then paint the walls and ceiling (2 coats) | 503.58 SF | 0.75 | 6.04 | 76.74 | 460.47 | (0.00) | 460.47 |
| 113.  R&R Baseboard - 4 1/4" | 50.17 LF | 4.12 | 6.85 | 42.72 | 256.27 | (0.00) | 256.27 |
| 114.  Seal & paint baseboard, oversized - three coats | 50.17 LF | 1.78 | 0.75 | 18.02 | 108.07 | (0.00) | 108.07 |
| 115.  R&R Tile floor covering - High grade | 152.42 SF | 10.64 | 65.85 | 337.54 | 2,025.14 | (0.00) | 2,025.14 |
| 116.  Remove Additional labor to remove tile from concrete slab | 152.42 SF | 1.67 | 0.00 | 50.90 | 305.44 | (0.00) | 305.44 |
| 117.  Floor leveling cement - Average | 152.42 SF | 1.52 | 10.86 | 48.52 | 291.06 | (0.00) | 291.06 |
| 118.  Mask and prep for paint - plastic, paper, tape (per LF) | 100.33 LF | 1.12 | 1.96 | 22.88 | 137.21 | (0.00) | 137.21 |
| 119.  Floor protection - self-adhesive plastic film | 152.42 SF | 0.50 | 1.37 | 15.52 | 93.10 | (0.00) | 93.10 |
| 120.  Final cleaning - construction - Residential | 152.42 SF | 0.22 | 0.00 | 6.70 | 40.23 | (0.00) | 40.23 |
| 121.  Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 28.81 | 0.00 | 11.52 | 69.14 | (0.00) | 69.14 |
| **Totals:  Bedroom** | | | **117.69** | **911.52** | **5,468.88** | **0.00** | **5,468.88** |



**Closet**                                                                                                     **Height: 7'**

| | |
|---|---|
| 177.33  SF Walls | 24.11  SF Ceiling |
| 201.44  SF Walls & Ceiling | 24.11  SF Floor |
| 2.68  SY Flooring | 25.33  LF Floor Perimeter |
| 25.33  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 122. Shelving - wire (vinyl coated) - Detach & reset | 10.67 LF | 8.74 | 0.00 | 18.66 | 111.92 | (0.00) | 111.92 |
| 123. Bifold door set - (4 slabs only) - Double Detach & reset | 1.00 EA | 38.11 | 0.00 | 7.62 | 45.73 | (0.00) | 45.73 |
| 124. Contents - move out then reset | 1.00 EA | 47.83 | 0.00 | 9.56 | 57.39 | (0.00) | 57.39 |
| 125. Provide box, packing paper & tape - large size | 3.00 EA | 4.19 | 0.94 | 2.70 | 16.21 | (0.00) | 16.21 |
| 126. Provide wardrobe box & tape - large size | 2.00 EA | 17.73 | 2.66 | 7.64 | 45.76 | (0.00) | 45.76 |
| 127. R&R 1/2" drywall - hung, taped, floated, ready for paint | 177.33 SF | 2.35 | 6.25 | 84.60 | 507.57 | (0.00) | 507.57 |
| 128. R&R 5/8" drywall - hung, taped, floated, ready for paint | 24.11 SF | 2.43 | 0.94 | 11.88 | 71.40 | (0.00) | 71.40 |
| 129. Texture drywall - heavy hand texture | 24.11 SF | 0.80 | 0.25 | 3.92 | 23.46 | (0.00) | 23.46 |
| 130. Texture drywall - machine | 177.33 SF | 0.43 | 0.53 | 15.36 | 92.14 | (0.00) | 92.14 |
| 131. Seal the walls and ceiling w/latex based stain blocker - one coat | 201.44 SF | 0.47 | 1.06 | 19.16 | 114.90 | (0.00) | 114.90 |
| 132. Seal/prime then paint the walls and ceiling (2 coats) | 201.44 SF | 0.75 | 2.42 | 30.70 | 184.20 | (0.00) | 184.20 |
| 133. R&R Baseboard - 4 1/4" | 25.33 LF | 4.12 | 3.46 | 21.58 | 129.40 | (0.00) | 129.40 |
| 134. Seal & paint baseboard, oversized - three coats | 25.33 LF | 1.78 | 0.38 | 9.10 | 54.57 | (0.00) | 54.57 |
| 135. R&R Tile floor covering - High grade | 24.11 SF | 10.64 | 10.42 | 53.38 | 320.33 | (0.00) | 320.33 |
| 136. Remove Additional labor to remove tile from concrete slab | 24.11 SF | 1.67 | 0.00 | 8.06 | 48.32 | (0.00) | 48.32 |
| 137. Floor leveling cement - Average | 24.11 SF | 1.52 | 1.72 | 7.68 | 46.05 | (0.00) | 46.05 |
| 138. Mask and prep for paint - plastic, paper, tape (per LF) | 50.67 LF | 1.12 | 0.99 | 11.56 | 69.30 | (0.00) | 69.30 |
| 139. Floor protection - self-adhesive plastic film | 24.11 SF | 0.50 | 0.22 | 2.46 | 14.74 | (0.00) | 14.74 |
| 140. Final cleaning - construction - Residential | 24.11 SF | 0.22 | 0.00 | 1.06 | 6.36 | (0.00) | 6.36 |
| **Totals: Closet** | | | **32.24** | **326.68** | **1,959.75** | **0.00** | **1,959.75** |



**Bathroom**                                                                 Height: 7'

| | |
|---|---|
| 182.00 SF Walls | 40.00 SF Ceiling |
| 222.00 SF Walls & Ceiling | 40.00 SF Floor |
| 4.44 SY Flooring | 26.00 LF Floor Perimeter |
| 26.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 141. Toilet - Detach & reset | 1.00 EA | 215.69 | 0.42 | 43.22 | 259.33 | (0.00) | 259.33 |
| 142. Detach & Reset Light bar - 4 lights | 1.00 EA | 44.33 | 0.00 | 8.86 | 53.19 | (0.00) | 53.19 |
| 143. Clean light fixture - high detail | 1.00 EA | 17.98 | 0.01 | 3.60 | 21.59 | (0.00) | 21.59 |
| 144. Mirror - plate glass - Detach & reset | 6.00 SF | 5.18 | 0.00 | 6.22 | 37.30 | (0.00) | 37.30 |
| 145. R&R Vanity - High grade | 2.25 LF | 236.48 | 32.57 | 112.94 | 677.59 | (0.00) | 677.59 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 146.  R&R Cabinet knob or pull - High grade | 3.00 EA | 12.59 | 1.54 | 7.86 | 47.17 | (0.00) | 47.17 |
| 147.  Sink - Bar - solid surface material | 1.00 EA | 392.82 | 26.00 | 83.76 | 502.58 | (0.00) | 502.58 |
| 148.  R&R Sink faucet - Bathroom | 1.00 EA | 219.21 | 9.91 | 45.82 | 274.94 | (0.00) | 274.94 |
| 149.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 91.00 SF | 2.35 | 3.21 | 43.42 | 260.48 | (0.00) | 260.48 |
| 150.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 40.00 SF | 2.43 | 1.56 | 19.76 | 118.52 | (0.00) | 118.52 |
| 151.  Texture drywall - heavy hand texture | 40.00 SF | 0.80 | 0.42 | 6.48 | 38.90 | (0.00) | 38.90 |
| 152.  Texture drywall - machine | 91.00 SF | 0.43 | 0.27 | 7.88 | 47.28 | (0.00) | 47.28 |
| 153.  Seal more than the ceiling w/latex based stain blocker - one coat | 85.50 SF | 0.47 | 0.45 | 8.14 | 48.78 | (0.00) | 48.78 |
| 154.  Seal/prime then paint more than the ceiling (2 coats) | 85.50 SF | 0.75 | 1.03 | 13.02 | 78.18 | (0.00) | 78.18 |
| 155.  R&R Baseboard - 4 1/4" | 8.67 LF | 4.12 | 1.18 | 7.38 | 44.28 | (0.00) | 44.28 |
| 156.  Seal & paint baseboard, oversized - three coats | 8.67 LF | 1.78 | 0.13 | 3.10 | 18.66 | (0.00) | 18.66 |
| 157.  R&R Tile floor covering - High grade | 20.00 SF | 10.64 | 8.64 | 44.28 | 265.72 | (0.00) | 265.72 |
| 158.  Remove Additional labor to remove tile from concrete slab | 20.00 SF | 1.67 | 0.00 | 6.68 | 40.08 | (0.00) | 40.08 |
| 159.  Floor leveling cement - Average | 40.00 SF | 1.52 | 2.85 | 12.74 | 76.39 | (0.00) | 76.39 |
| 160.  Mask and prep for paint - plastic, paper, tape (per LF) | 52.00 LF | 1.12 | 1.01 | 11.84 | 71.09 | (0.00) | 71.09 |
| 161.  Floor protection - self-adhesive plastic film | 40.00 SF | 0.50 | 0.36 | 4.08 | 24.44 | (0.00) | 24.44 |
| 162.  R&R Tile shower - 121 to 150 SF - High grade | 1.00 EA | 2,194.00 | 94.79 | 457.76 | 2,746.55 | (0.00) | 2,746.55 |
| 163.  R&R Tile framed shower curb - per LF | 2.50 LF | 57.91 | 3.75 | 29.72 | 178.25 | (0.00) | 178.25 |
| 164.  Shower pan - Large | 1.00 EA | 200.89 | 5.02 | 41.18 | 247.09 | (0.00) | 247.09 |
| 165.  R&R Ceramic/porcelain tile - High grade | 52.00 SF | 10.59 | 22.70 | 114.66 | 688.04 | (0.00) | 688.04 |
| 166.  R&R Shower faucet | 1.00 EA | 240.07 | 9.75 | 49.98 | 299.80 | (0.00) | 299.80 |
| 167.  R&R 1/2" Cement board | 91.00 SF | 3.31 | 9.83 | 62.20 | 373.24 | (0.00) | 373.24 |
| **Totals:  Bathroom** | | | **237.40** | **1,256.58** | **7,539.46** | **0.00** | **7,539.46** |



## Laundry Area                                    Height: 7'

| 231.00 | SF Walls | 67.22 | SF Ceiling |
| 298.22 | SF Walls & Ceiling | 67.22 | SF Floor |
| 7.47 | SY Flooring | 33.00 | LF Floor Perimeter |
| 33.00 | LF Ceil. Perimeter | | |



## Subroom:  Laundry Closet (1)                    Height: 7'

| 129.50 | SF Walls | 18.75 | SF Ceiling |
| 148.25 | SF Walls & Ceiling | 18.75 | SF Floor |
| 2.08 | SY Flooring | 18.50 | LF Floor Perimeter |
| 18.50 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 168.  Washing machine - Remove & reset | 1.00 EA | 28.83 | 0.00 | 5.76 | 34.59 | (0.00) | 34.59 |
| 169.  Dryer - Remove & reset | 1.00 EA | 25.96 | 0.00 | 5.20 | 31.16 | (0.00) | 31.16 |
| 170.  Contents - move out then reset - Large room | 1.00 EA | 71.74 | 0.00 | 14.34 | 86.08 | (0.00) | 86.08 |
| 171.  Provide box, packing paper & tape - large size | 5.00 EA | 4.19 | 1.57 | 4.52 | 27.04 | (0.00) | 27.04 |
| 172.  Provide box, packing paper & tape - medium size | 3.00 EA | 3.15 | 0.71 | 2.04 | 12.20 | (0.00) | 12.20 |
| 173.  Shelving - wire (vinyl coated) - Detach & reset | 6.17 LF | 8.74 | 0.00 | 10.78 | 64.71 | (0.00) | 64.71 |
| 174.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 180.25 SF | 2.35 | 6.35 | 86.00 | 515.94 | (0.00) | 515.94 |
| 175.  Texture drywall - machine | 360.50 SF | 0.43 | 1.08 | 31.22 | 187.32 | (0.00) | 187.32 |
| 176.  Seal the walls w/latex based stain blocker - one coat | 360.50 SF | 0.47 | 1.89 | 34.26 | 205.59 | (0.00) | 205.59 |
| 177.  Seal/prime then paint the walls (2 coats) | 360.50 SF | 0.75 | 4.33 | 54.94 | 329.65 | (0.00) | 329.65 |
| 178.  R&R Baseboard - 3 1/4" | 51.50 LF | 3.44 | 4.71 | 36.38 | 218.26 | (0.00) | 218.26 |
| 179.  Seal & paint baseboard - three coats | 51.50 LF | 1.66 | 0.54 | 17.20 | 103.23 | (0.00) | 103.23 |
| 180.  Remove Vinyl floor covering (sheet goods) - High grade | 85.97 SF | 0.88 | 0.00 | 15.14 | 90.79 | (0.00) | 90.79 |
| 181.  Vinyl floor covering (sheet goods) - High grade | 98.87 SF | 3.95 | 21.58 | 82.42 | 494.54 | (0.00) | 494.54 |
| 15 % waste added for Vinyl floor covering (sheet goods) - High grade. | | | | | | | |
| 182.  Mask and prep for paint - plastic, paper, tape (per LF) | 103.00 LF | 1.12 | 2.01 | 23.48 | 140.85 | (0.00) | 140.85 |
| 183.  Floor protection - self-adhesive plastic film | 85.97 SF | 0.50 | 0.77 | 8.76 | 52.52 | (0.00) | 52.52 |
| 184.  Final cleaning - construction - Residential | 85.97 SF | 0.22 | 0.00 | 3.78 | 22.69 | (0.00) | 22.69 |
| 185.  Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 28.81 | 0.00 | 11.52 | 69.14 | (0.00) | 69.14 |
| 186.  Detach & Reset Outlet | 3.00 EA | 15.90 | 0.00 | 9.54 | 57.24 | (0.00) | 57.24 |
| 187.  R&R Door opening (jamb & casing) - up to 32"wide - paint grade | 2.00 EA | 97.28 | 8.12 | 40.52 | 243.20 | (0.00) | 243.20 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 188. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 24.34 | 0.59 | 9.86 | 59.13 | (0.00) | 59.13 |
| **Totals: Laundry Area** | | | 54.25 | 507.66 | 3,045.87 | 0.00 | 3,045.87 |
| **Total: Main Level** | | | 1,464.69 | 10,666.14 | 63,995.90 | 0.00 | 63,995.90 |

**Mother In Law Suite Addition**



**Main Loft**                                                    **Height: 8'**

|  |  |
|---|---|
| 872.00 SF Walls | 469.38 SF Ceiling |
| 1341.38 SF Walls & Ceiling | 305.88 SF Floor |
| 33.99 SY Flooring | 109.00 LF Floor Perimeter |
| 109.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 189. R&R 1/2" drywall - hung, taped, floated, ready for slab | 872.00 SF | 2.35 | 30.74 | 415.98 | 2,495.92 | (0.00) | 2,495.92 |
| 190. Texture drywall - machine | 872.00 SF | 0.43 | 2.62 | 75.52 | 453.10 | (0.00) | 453.10 |
| 191. Seal the walls w/latex based stain blocker - one coat | 872.00 SF | 0.47 | 4.58 | 82.88 | 497.30 | (0.00) | 497.30 |
| 192. Paint the walls and ceiling - two coats | 1,341.38 SF | 0.76 | 20.12 | 207.92 | 1,247.49 | (0.00) | 1,247.49 |
| 193. R&R Baseboard - 3 1/4" | 109.00 LF | 3.44 | 9.97 | 77.00 | 461.93 | (0.00) | 461.93 |
| 194. Seal & paint baseboard - three coats | 109.00 LF | 1.66 | 1.14 | 36.40 | 218.48 | (0.00) | 218.48 |
| 195. R&R Tile floor covering - High grade | 163.50 SF | 10.64 | 70.63 | 362.06 | 2,172.34 | (0.00) | 2,172.34 |
| 196. Remove Additional labor to remove tile from concrete slab | 163.50 SF | 1.67 | 0.00 | 54.62 | 327.67 | (0.00) | 327.67 |
| 197. Floor leveling cement - Average | 163.50 SF | 1.52 | 11.65 | 52.04 | 312.21 | (0.00) | 312.21 |
| 198. Mask and prep for paint - plastic, paper, tape (per LF) | 218.00 LF | 1.12 | 4.25 | 49.70 | 298.11 | (0.00) | 298.11 |
| 199. Floor protection - self-adhesive plastic film | 305.88 SF | 0.50 | 2.75 | 31.14 | 186.83 | (0.00) | 186.83 |
| 200. Final cleaning - construction - Residential | 305.88 SF | 0.22 | 0.00 | 13.46 | 80.75 | (0.00) | 80.75 |
| 201. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 28.81 | 0.00 | 11.52 | 69.14 | (0.00) | 69.14 |
| 202. R&R Outlet | 7.00 EA | 17.75 | 0.75 | 25.02 | 150.02 | (0.00) | 150.02 |
| 203. Remove Vinyl floor covering (sheet goods) | 305.88 SF | 0.88 | 0.00 | 53.84 | 323.01 | (0.00) | 323.01 |
| 204. R&R Laminate - simulated wood flooring - High grade | 305.88 SF | 7.82 | 97.04 | 497.80 | 2,986.83 | (0.00) | 2,986.83 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 205. R&R Batt insulation - 12" - R38 - unfaced batt | 469.38 SF | 1.71 | 35.20 | 167.58 | 1,005.42 | (0.00) | 1,005.42 |
| 206. 5/8" drywall - hung, taped, floated, ready for paint | 1.00 SF | 2.03 | 0.04 | 0.40 | 2.47 | (0.00) | 2.47 |
| 207. R&R Bifold door - Colonist - Single | 1.00 EA | 121.37 | 4.45 | 25.18 | 151.00 | (0.00) | 151.00 |
| 208. Paint door slab only - 2 coats (per side) | 4.00 EA | 29.21 | 1.97 | 23.76 | 142.57 | (0.00) | 142.57 |
| 209. R&R Interior door unit | 1.00 EA | 185.26 | 8.55 | 38.78 | 232.59 | (0.00) | 232.59 |
| 210. R&R Cabinetry - lower (base) units - High grade | 8.42 LF | 239.86 | 124.01 | 428.74 | 2,572.37 | (0.00) | 2,572.37 |
| 211. R&R Countertop - flat laid plastic laminate - High grade | 9.00 LF | 46.94 | 20.45 | 88.60 | 531.51 | (0.00) | 531.51 |
| 212. Refrigerator - Remove & reset | 1.00 EA | 34.60 | 0.00 | 6.92 | 41.52 | (0.00) | 41.52 |
| 213. Range - electric - Remove & reset | 1.00 EA | 34.60 | 0.00 | 6.92 | 41.52 | (0.00) | 41.52 |
| 214. Detach & Reset Ground fault interrupter (GFI) outlet | 1.00 EA | 15.90 | 0.00 | 3.18 | 19.08 | (0.00) | 19.08 |
| 215. R&R Ceramic/porcelain tile - High grade | 36.00 SF | 10.59 | 15.71 | 79.38 | 476.33 | (0.00) | 476.33 |
| 216. Add-on for tile backsplash installation | 36.00 SF | 5.41 | 0.00 | 38.96 | 233.72 | (0.00) | 233.72 |
| 217. R&R Sink faucet - Kitchen | 1.00 EA | 264.21 | 13.29 | 55.50 | 333.00 | (0.00) | 333.00 |
| 218. R&R P-trap assembly - ABS (plastic) | 1.00 EA | 61.21 | 0.45 | 12.34 | 74.00 | (0.00) | 74.00 |
| 219. R&R Angle stop valve | 5.00 EA | 35.98 | 2.70 | 36.52 | 219.12 | (0.00) | 219.12 |
| 220. R&R Plumbing fixture supply line | 5.00 EA | 22.38 | 2.10 | 22.80 | 136.80 | (0.00) | 136.80 |
| 221. Garbage disposer - Detach & reset | 1.00 EA | 142.09 | 0.00 | 28.42 | 170.51 | (0.00) | 170.51 |
| 222. Dishwasher - Detach & reset | 1.00 EA | 241.68 | 0.00 | 48.34 | 290.02 | (0.00) | 290.02 |
| 223. Range hood - Detach & reset | 1.00 EA | 76.83 | 0.00 | 15.36 | 92.19 | (0.00) | 92.19 |
| 224. R&R Kitchen Sink - single basin | 1.00 EA | 311.95 | 14.85 | 65.36 | 392.16 | (0.00) | 392.16 |
| **Totals: Main Loft** | | | **500.01** | **3,239.94** | **19,439.03** | **0.00** | **19,439.03** |

### Closet Area                                                                       Height: 8'



| | |
|---|---|
| 444.00 SF Walls | 110.76 SF Ceiling |
| 554.76 SF Walls & Ceiling | 110.76 SF Floor |
| 12.31 SY Flooring | 55.50 LF Floor Perimeter |
| 55.50 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 225. R&R 1/2" drywall - hung, taped, floated, ready for paint | 444.00 SF | 2.35 | 15.65 | 211.82 | 1,270.87 | (0.00) | 1,270.87 |
| 226. Texture drywall - machine | 444.00 SF | 0.43 | 1.33 | 38.44 | 230.69 | (0.00) | 230.69 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 227.  Seal the walls w/latex based stain blocker - one coat | 444.00 SF | 0.47 | 2.33 | 42.20 | 253.21 | (0.00) | 253.21 |
| 228.  Paint the walls and ceiling - two coats | 554.76 SF | 0.76 | 8.32 | 85.98 | 515.92 | (0.00) | 515.92 |
| 229.  R&R Baseboard - 3 1/4" | 55.50 LF | 3.44 | 5.08 | 39.22 | 235.23 | (0.00) | 235.23 |
| 230.  Seal & paint baseboard - three coats | 55.50 LF | 1.66 | 0.58 | 18.54 | 111.25 | (0.00) | 111.25 |
| 231.  Mask and prep for paint - plastic, paper, tape (per LF) | 111.00 LF | 1.12 | 2.16 | 25.30 | 151.78 | (0.00) | 151.78 |
| 232.  Floor protection - self-adhesive plastic film | 110.76 SF | 0.50 | 1.00 | 11.28 | 67.66 | (0.00) | 67.66 |
| 233.  Final cleaning - construction - Residential | 110.76 SF | 0.22 | 0.00 | 4.88 | 29.25 | (0.00) | 29.25 |
| 234.  R&R Outlet | 1.00 EA | 17.75 | 0.11 | 3.58 | 21.44 | (0.00) | 21.44 |
| 235.  Remove Vinyl floor covering (sheet goods) | 110.76 SF | 0.88 | 0.00 | 19.50 | 116.97 | (0.00) | 116.97 |
| 236.  R&R Batt insulation - 12" - R38 - unfaced batt | 110.76 SF | 1.71 | 8.31 | 39.54 | 237.25 | (0.00) | 237.25 |
| 237.  5/8" drywall - hung, taped, floated, ready for paint | 1.00 SF | 2.03 | 0.04 | 0.40 | 2.47 | (0.00) | 2.47 |
| 238.  R&R Laminate - simulated wood flooring - High grade | 110.76 SF | 7.82 | 35.14 | 180.26 | 1,081.54 | (0.00) | 1,081.54 |
| **Totals:  Closet Area** | | | **80.05** | **720.94** | **4,325.53** | **0.00** | **4,325.53** |

| **Bathroom** | | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|---|



| 466.67 SF Walls | 143.23 SF Ceiling |
|---|---|
| 609.90 SF Walls & Ceiling | 143.23 SF Floor |
| 15.91 SY Flooring | 58.33 LF Floor Perimeter |
| 58.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 239.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 466.67 SF | 2.35 | 16.45 | 222.64 | 1,335.77 | (0.00) | 1,335.77 |
| 240.  Texture drywall - machine | 466.67 SF | 0.43 | 1.40 | 40.42 | 242.49 | (0.00) | 242.49 |
| 241.  Seal the walls w/latex based stain blocker - one coat | 466.67 SF | 0.47 | 2.45 | 44.36 | 266.14 | (0.00) | 266.14 |
| 242.  Paint the walls and ceiling - two coats | 609.90 SF | 0.76 | 9.15 | 94.54 | 567.21 | (0.00) | 567.21 |
| 243.  R&R Baseboard - 3 1/4" | 58.33 LF | 3.44 | 5.34 | 41.20 | 247.19 | (0.00) | 247.19 |
| 244.  Seal & paint baseboard - three coats | 58.33 LF | 1.66 | 0.61 | 19.48 | 116.92 | (0.00) | 116.92 |
| 245.  R&R Tile floor covering - High grade | 143.23 SF | 10.64 | 61.88 | 317.18 | 1,903.03 | (0.00) | 1,903.03 |
| 246.  Remove Additional labor to remove tile from concrete slab | 143.23 SF | 1.67 | 0.00 | 47.84 | 287.03 | (0.00) | 287.03 |

## CONTINUED - Bathroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 247. Floor leveling cement - Average | 143.23 SF | 1.52 | 10.21 | 45.58 | 273.50 | (0.00) | 273.50 |
| 248. Mask and prep for paint - plastic, paper, tape (per LF) | 116.67 LF | 1.12 | 2.27 | 26.60 | 159.54 | (0.00) | 159.54 |
| 249. Floor protection - self-adhesive plastic film | 143.23 SF | 0.50 | 1.29 | 14.58 | 87.49 | (0.00) | 87.49 |
| 250. Final cleaning - construction - Residential | 143.23 SF | 0.22 | 0.00 | 6.30 | 37.81 | (0.00) | 37.81 |
| 251. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 28.81 | 0.00 | 11.52 | 69.14 | (0.00) | 69.14 |
| 252. R&R Outlet | 3.00 EA | 17.75 | 0.32 | 10.72 | 64.29 | (0.00) | 64.29 |
| 253. Remove Vinyl floor covering (sheet goods) | 143.23 SF | 0.88 | 0.00 | 25.20 | 151.24 | (0.00) | 151.24 |
| 254. R&R Batt insulation - 12" - R38 - unfaced batt | 143.23 SF | 1.71 | 10.74 | 51.12 | 306.79 | (0.00) | 306.79 |
| 255. 5/8" drywall - hung, taped, floated, ready for paint | 1.00 SF | 2.03 | 0.04 | 0.40 | 2.47 | (0.00) | 2.47 |
| 256. R&R Vanity - High grade | 2.00 LF | 236.48 | 28.95 | 100.38 | 602.29 | (0.00) | 602.29 |
| 257. R&R Cabinet knob or pull | 4.00 EA | 9.27 | 1.06 | 7.64 | 45.78 | (0.00) | 45.78 |
| 258. R&R Countertop - flat laid plastic laminate - High grade | 2.17 LF | 46.94 | 4.93 | 21.34 | 128.13 | (0.00) | 128.13 |
| 259. R&R Sink - single | 1.00 EA | 255.95 | 10.65 | 53.32 | 319.92 | (0.00) | 319.92 |
| 260. R&R Angle stop valve | 3.00 EA | 35.98 | 1.62 | 21.90 | 131.46 | (0.00) | 131.46 |
| 261. R&R P-trap assembly - ABS (plastic) | 1.00 EA | 61.21 | 0.45 | 12.34 | 74.00 | (0.00) | 74.00 |
| 262. R&R Plumbing fixture supply line | 3.00 EA | 22.38 | 1.26 | 13.68 | 82.08 | (0.00) | 82.08 |
| 263. Toilet - Detach & reset | 1.00 EA | 215.69 | 0.42 | 43.22 | 259.33 | (0.00) | 259.33 |
| 264. R&R Bifold door - Colonist - Single | 1.00 EA | 121.37 | 4.45 | 25.18 | 151.00 | (0.00) | 151.00 |
| 265. Paint door slab only - 2 coats (per side) | 2.00 EA | 29.21 | 0.98 | 11.88 | 71.28 | (0.00) | 71.28 |
| **Totals: Bathroom** | | | **176.92** | **1,330.56** | **7,983.32** | **0.00** | **7,983.32** |
| **Total: Mother In Law Suite Addition** | | | **756.98** | **5,291.44** | **31,747.88** | **0.00** | **31,747.88** |

## Addition 2



| Great Room | | Height: 8' |
|---|---|---|
| 594.33 SF Walls | | 400.42 SF Ceiling |
| 994.76 SF Walls & Ceiling | | 400.42 SF Floor |
| 44.49 SY Flooring | | 72.75 LF Floor Perimeter |
| 82.00 LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**    9' 3" X 6' 8"    **Opens into SUNROOM**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 266. Contents - move out then reset - Extra large room | 1.00 EA | 143.47 | 0.00 | 28.70 | 172.17 | (0.00) | 172.17 |
| 267. Provide box, packing paper & tape - large size | 10.00 EA | 4.19 | 3.14 | 9.00 | 54.04 | (0.00) | 54.04 |
| 268. Provide box, packing paper & tape - medium size | 15.00 EA | 3.15 | 3.54 | 10.16 | 60.95 | (0.00) | 60.95 |
| 269. Bubble Wrap - Add-on cost for fragile items | 350.00 LF | 0.22 | 5.78 | 16.56 | 99.34 | (0.00) | 99.34 |
| 270. R&R 1/2" - drywall per LF - up to 4' tall | 72.75 LF | 14.17 | 10.64 | 208.30 | 1,249.81 | (0.00) | 1,249.81 |
| 271. Texture drywall - light hand texture | 291.00 SF | 0.53 | 1.31 | 31.10 | 186.64 | (0.00) | 186.64 |
| 272. Texture drywall - smooth / skim coat | 594.33 SF | 1.10 | 4.46 | 131.66 | 789.88 | (0.00) | 789.88 |
| 273. Seal the walls and ceiling w/latex based stain blocker - one coat | 994.76 SF | 0.47 | 5.22 | 94.54 | 567.30 | (0.00) | 567.30 |
| 274. Paint the walls - two coats - 2 colors | 594.33 SF | 0.95 | 8.92 | 114.70 | 688.23 | (0.00) | 688.23 |
| 275. R&R Baseboard - 3 1/4" | 72.75 LF | 3.44 | 6.66 | 51.40 | 308.32 | (0.00) | 308.32 |
| 276. Seal & paint baseboard - two coats | 72.75 LF | 1.15 | 0.55 | 16.86 | 101.07 | (0.00) | 101.07 |
| 277. R&R Chair rail - 2 1/2" | 72.75 LF | 3.22 | 6.98 | 48.26 | 289.50 | (0.00) | 289.50 |
| 278. Seal & paint chair rail - three coats | 72.75 LF | 1.66 | 0.76 | 24.32 | 145.85 | (0.00) | 145.85 |
| 279. R&R Tile floor covering - High grade | 400.42 SF | 10.64 | 172.98 | 886.70 | 5,320.15 | (0.00) | 5,320.15 |
| 280. Remove Additional labor to remove tile from concrete slab | 400.42 SF | 1.67 | 0.00 | 133.74 | 802.44 | (0.00) | 802.44 |
| 281. Floor leveling cement - Average | 400.42 SF | 1.52 | 28.53 | 127.42 | 764.59 | (0.00) | 764.59 |
| 282. Floor protection - self-adhesive plastic film | 400.42 SF | 0.50 | 3.60 | 40.76 | 244.57 | (0.00) | 244.57 |
| 283. Mask and prep for paint - plastic, paper, tape (per LF) | 82.00 LF | 1.12 | 1.60 | 18.68 | 112.12 | (0.00) | 112.12 |
| 284. Final cleaning - construction - Residential | 400.42 SF | 0.22 | 0.00 | 17.62 | 105.71 | (0.00) | 105.71 |
| 285. R&R 5/8" drywall - hung, taped, floated, ready for paint | 400.42 SF | 2.43 | 15.62 | 197.74 | 1,186.38 | (0.00) | 1,186.38 |
| 286. Paint the ceiling - two coats | 400.42 SF | 0.76 | 6.01 | 62.06 | 372.39 | (0.00) | 372.39 |
| 287. Acoustic ceiling (popcorn) texture | 400.42 SF | 0.83 | 1.50 | 66.78 | 400.63 | (0.00) | 400.63 |
| 288. Cleaning Technician - per hour | 5.00 HR | 37.58 | 0.00 | 37.58 | 225.48 | (0.00) | 225.48 |
| 289. Detach & Reset Hanging light fixture | 1.00 EA | 44.33 | 0.00 | 8.86 | 53.19 | (0.00) | 53.19 |
| 290. Clean light fixture - high detail | 1.00 EA | 17.98 | 0.01 | 3.60 | 21.59 | (0.00) | 21.59 |
| 291. Light fixture - Detach & reset | 2.00 EA | 44.33 | 0.00 | 17.74 | 106.40 | (0.00) | 106.40 |
| 292. Clean light fixture | 1.00 EA | 8.99 | 0.00 | 1.80 | 10.79 | (0.00) | 10.79 |
| 293. R&R Exterior door - Dutch - pre-hung unit | 1.00 EA | 592.89 | 35.91 | 125.76 | 754.56 | (0.00) | 754.56 |
| 294. Thermostat - Detach & reset | 1.00 EA | 41.57 | 0.00 | 8.32 | 49.89 | (0.00) | 49.89 |
| **Totals: Great Room** | | | **323.72** | **2,540.72** | **15,243.98** | **0.00** | **15,243.98** |



| Sunroom | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| 714.33 SF Walls | 433.89 SF Ceiling |
|---|---|
| 1148.22 SF Walls & Ceiling | 433.89 SF Floor |
| 48.21 SY Flooring | 87.75 LF Floor Perimeter |
| 97.00 LF Ceil. Perimeter | |

| Missing Wall - Goes to Floor | 9' 3" X 6' 8" | Opens into GREAT_ROOM |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 295. Contents - move out then reset - Extra large room | 1.00 EA | 143.47 | 0.00 | 28.70 | 172.17 | (0.00) | 172.17 |
| 296. Provide box, packing paper & tape - large size | 8.00 EA | 4.19 | 2.51 | 7.20 | 43.23 | (0.00) | 43.23 |
| 297. Provide box, packing paper & tape - medium size | 10.00 EA | 3.15 | 2.36 | 6.78 | 40.64 | (0.00) | 40.64 |
| 298. Bubble Wrap - Add-on cost for fragile items | 350.00 LF | 0.22 | 5.78 | 16.56 | 99.34 | (0.00) | 99.34 |
| 299. R&R 1/2" - drywall per LF - up to 4' tall | 87.75 LF | 14.17 | 12.83 | 251.24 | 1,507.49 | (0.00) | 1,507.49 |
| 300. Texture drywall - light hand texture | 351.00 SF | 0.53 | 1.58 | 37.52 | 225.13 | (0.00) | 225.13 |
| 301. Texture drywall - smooth / skim coat | 714.33 SF | 1.10 | 5.36 | 158.24 | 949.36 | (0.00) | 949.36 |
| 302. Seal the walls and ceiling w/latex based stain blocker - one coat | 1,148.22 SF | 0.47 | 6.03 | 109.14 | 654.83 | (0.00) | 654.83 |
| 303. Paint the walls - two coats - 2 colors | 714.33 SF | 0.95 | 10.72 | 137.86 | 827.19 | (0.00) | 827.19 |
| 304. R&R Baseboard - 3 1/4" | 87.75 LF | 3.44 | 8.03 | 61.96 | 371.85 | (0.00) | 371.85 |
| 305. Seal & paint baseboard - two coats | 87.75 LF | 1.15 | 0.66 | 20.32 | 121.89 | (0.00) | 121.89 |
| 306. R&R Chair rail - 2 1/2" | 87.75 LF | 3.22 | 8.42 | 58.20 | 349.18 | (0.00) | 349.18 |
| 307. Seal & paint chair rail - three coats | 87.75 LF | 1.66 | 0.92 | 29.32 | 175.91 | (0.00) | 175.91 |
| 308. R&R Tile floor covering - High grade | 433.89 SF | 10.64 | 187.44 | 960.80 | 5,764.83 | (0.00) | 5,764.83 |
| 309. Remove Additional labor to remove tile from concrete slab | 433.89 SF | 1.67 | 0.00 | 144.92 | 869.52 | (0.00) | 869.52 |
| 310. Floor leveling cement - Average | 433.89 SF | 1.52 | 30.92 | 138.08 | 828.51 | (0.00) | 828.51 |
| 311. R&R French door - Exterior - pre-hung unit | 3.00 EA | 702.16 | 135.35 | 448.36 | 2,690.19 | (0.00) | 2,690.19 |
| 312. Paint door slab only - 2 coats (per side) | 12.00 EA | 29.21 | 5.90 | 71.28 | 427.70 | (0.00) | 427.70 |
| 313. Paint door/window trim & jamb - 2 coats (per side) | 6.00 EA | 24.34 | 1.77 | 29.56 | 177.37 | (0.00) | 177.37 |
| 314. Floor protection - self-adhesive plastic film | 433.89 SF | 0.50 | 3.91 | 44.18 | 265.04 | (0.00) | 265.04 |
| 315. Mask and prep for paint - plastic, paper, tape (per LF) | 97.00 LF | 1.12 | 1.89 | 22.10 | 132.63 | (0.00) | 132.63 |
| 316. Final cleaning - construction - Residential | 433.89 SF | 0.22 | 0.00 | 19.10 | 114.56 | (0.00) | 114.56 |
| 317. R&R 5/8" drywall - hung, taped, floated, ready for paint | 144.63 SF | 2.43 | 5.64 | 71.42 | 428.51 | (0.00) | 428.51 |
| 318. Texture drywall - heavy hand texture | 433.89 SF | 0.80 | 4.56 | 70.34 | 422.01 | (0.00) | 422.01 |
| 319. Smoke detector - Detach & reset | 1.00 EA | 42.92 | 0.00 | 8.58 | 51.50 | (0.00) | 51.50 |
| 320. Clean smoke/carbon monoxide detector | 1.00 EA | 5.31 | 0.00 | 1.06 | 6.37 | (0.00) | 6.37 |

**CONTINUED - Sunroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 321. Light fixture - Detach & reset | 1.00 EA | 44.33 | 0.00 | 8.86 | 53.19 | (0.00) | 53.19 |
| 322. Clean light fixture | 1.00 EA | 8.99 | 0.00 | 1.80 | 10.79 | (0.00) | 10.79 |
| **Totals: Sunroom** | | | **442.58** | **2,963.48** | **17,780.93** | **0.00** | **17,780.93** |



**Hallway**  **Height: 8'**

182.67 SF Walls
214.75 SF Walls & Ceiling
3.56 SY Flooring
22.83 LF Ceil. Perimeter

32.08 SF Ceiling
32.08 SF Floor
22.83 LF Floor Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 323. Contents - move out then reset | 1.00 EA | 47.83 | 0.00 | 9.56 | 57.39 | (0.00) | 57.39 |
| 324. R&R 1/2" drywall - hung, taped, floated, ready for paint | 214.75 SF | 2.35 | 7.57 | 102.46 | 614.69 | (0.00) | 614.69 |
| 325. Texture drywall - light hand texture | 182.67 SF | 0.53 | 0.82 | 19.52 | 117.16 | (0.00) | 117.16 |
| 326. R&R Baseboard - 3 1/4" | 22.83 LF | 3.44 | 2.09 | 16.12 | 96.75 | (0.00) | 96.75 |
| 327. Seal & paint baseboard - two coats | 22.83 LF | 1.15 | 0.17 | 5.30 | 31.72 | (0.00) | 31.72 |
| 328. Floor protection - self-adhesive plastic film | 32.08 SF | 0.50 | 0.29 | 3.26 | 19.59 | (0.00) | 19.59 |
| 329. Mask and prep for paint - plastic, paper, tape (per LF) | 22.83 LF | 1.12 | 0.45 | 5.22 | 31.24 | (0.00) | 31.24 |
| 330. R&R Laminate - simulated wood flooring - High grade | 32.08 SF | 7.82 | 10.18 | 52.20 | 313.25 | (0.00) | 313.25 |
| 331. R&R Vapor barrier - visqueen - 6mil | 32.08 SF | 0.35 | 0.12 | 2.28 | 13.63 | (0.00) | 13.63 |
| 332. R&R Interior door - Colonist - slab only | 1.00 EA | 107.53 | 2.96 | 22.12 | 132.61 | (0.00) | 132.61 |
| 333. Paint door slab only - 2 coats (per side) | 2.00 EA | 29.21 | 0.98 | 11.88 | 71.28 | (0.00) | 71.28 |
| 334. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 24.34 | 0.59 | 9.86 | 59.13 | (0.00) | 59.13 |
| 335. Seal the walls and ceiling w/latex based stain blocker - one coat | 214.75 SF | 0.47 | 1.13 | 20.40 | 122.46 | (0.00) | 122.46 |
| 336. Paint the walls and ceiling - two coats | 214.75 SF | 0.76 | 3.22 | 33.28 | 199.71 | (0.00) | 199.71 |
| 337. Final cleaning - construction - Residential | 32.08 SF | 0.22 | 0.00 | 1.42 | 8.48 | (0.00) | 8.48 |
| 338. DOORS | 2.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 339. R&R Door opening (jamb & casing) - up to 32"wide - paint grade | 1.00 EA | 97.28 | 4.06 | 20.28 | 121.62 | (0.00) | 121.62 |
| **Totals: Hallway** | | | **34.63** | **335.16** | **2,010.71** | **0.00** | **2,010.71** |

**Master Bedroom**

374.67 SF Walls
511.67 SF Walls & Ceiling
15.22 SY Flooring
46.83 LF Ceil. Perimeter

137.00 SF Ceiling
137.00 SF Floor
46.83 LF Floor Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 340. Contents - move out then reset | 1.00 EA | 47.83 | 0.00 | 9.56 | 57.39 | (0.00) | 57.39 |
| 341. R&R 1/2" drywall - hung, taped, floated, ready for paint | 511.67 SF | 2.35 | 18.04 | 244.10 | 1,464.57 | (0.00) | 1,464.57 |
| 342. Texture drywall - light hand texture | 374.67 SF | 0.53 | 1.69 | 40.06 | 240.33 | (0.00) | 240.33 |
| 343. R&R Baseboard - 3 1/4" | 46.83 LF | 3.44 | 4.28 | 33.08 | 198.46 | (0.00) | 198.46 |
| 344. Seal & paint baseboard - two coats | 46.83 LF | 1.15 | 0.35 | 10.86 | 65.06 | (0.00) | 65.06 |
| 345. Floor protection - self-adhesive plastic film | 137.00 SF | 0.50 | 1.23 | 13.94 | 83.67 | (0.00) | 83.67 |
| 346. Mask and prep for paint - plastic, paper, tape (per LF) | 46.83 LF | 1.12 | 0.91 | 10.68 | 64.04 | (0.00) | 64.04 |
| 347. R&R Laminate - simulated wood flooring - High grade | 137.00 SF | 7.82 | 43.46 | 222.96 | 1,337.76 | (0.00) | 1,337.76 |
| 348. R&R Vapor barrier - visqueen - 6mil | 137.00 SF | 0.35 | 0.51 | 9.70 | 58.16 | (0.00) | 58.16 |
| 349. R&R Interior door - Colonist - slab only | 1.00 EA | 107.53 | 2.96 | 22.12 | 132.61 | (0.00) | 132.61 |
| 350. Paint door slab only - 2 coats (per side) | 2.00 EA | 29.21 | 0.98 | 11.88 | 71.28 | (0.00) | 71.28 |
| 351. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 24.34 | 0.59 | 9.86 | 59.13 | (0.00) | 59.13 |
| 352. Seal the walls and ceiling w/latex based stain blocker - one coat | 511.67 SF | 0.47 | 2.69 | 48.64 | 291.81 | (0.00) | 291.81 |
| 353. Paint the walls and ceiling - two coats | 511.67 SF | 0.76 | 7.67 | 79.32 | 475.86 | (0.00) | 475.86 |
| 354. Final cleaning - construction - Residential | 137.00 SF | 0.22 | 0.00 | 6.02 | 36.16 | (0.00) | 36.16 |
| 355. R&R 5/8" drywall - hung, taped, floated, ready for paint | 137.00 SF | 2.43 | 5.34 | 67.64 | 405.89 | (0.00) | 405.89 |
| 356. Texture drywall - heavy hand texture | 137.00 SF | 0.80 | 1.44 | 22.20 | 133.24 | (0.00) | 133.24 |
| 357. DOORS | 2.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 358. R&R Door opening (jamb & casing) - up to 32"wide - paint grade | 1.00 EA | 97.28 | 4.06 | 20.28 | 121.62 | (0.00) | 121.62 |
| 359. Light fixture - Detach & reset | 2.00 EA | 44.33 | 0.00 | 17.74 | 106.40 | (0.00) | 106.40 |
| 360. Clean light fixture | 2.00 EA | 8.99 | 0.01 | 3.60 | 21.59 | (0.00) | 21.59 |
| **Totals:  Master Bedroom** | | | 96.21 | 904.24 | 5,425.03 | 0.00 | 5,425.03 |

## Master Closet 1 — Height: 8'

202.67 SF Walls | 33.00 SF Ceiling
235.67 SF Walls & Ceiling | 33.00 SF Floor
3.67 SY Flooring | 25.33 LF Floor Perimeter
25.33 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 361. Contents - move out then reset | 1.00 EA | 47.83 | 0.00 | 9.56 | 57.39 | (0.00) | 57.39 |
| 362. R&R 1/2" drywall - hung, taped, floated, ready for paint | 235.67 SF | 2.35 | 8.31 | 112.44 | 674.58 | (0.00) | 674.58 |
| 363. Texture drywall - light hand texture | 202.67 SF | 0.53 | 0.91 | 21.66 | 129.99 | (0.00) | 129.99 |
| 364. R&R Baseboard - 3 1/4" | 25.33 LF | 3.44 | 2.32 | 17.88 | 107.33 | (0.00) | 107.33 |
| 365. Seal & paint baseboard - two coats | 25.33 LF | 1.15 | 0.19 | 5.86 | 35.18 | (0.00) | 35.18 |
| 366. Floor protection - self-adhesive plastic film | 33.00 SF | 0.50 | 0.30 | 3.36 | 20.16 | (0.00) | 20.16 |
| 367. Mask and prep for paint - plastic, paper, tape (per LF) | 25.33 LF | 1.12 | 0.49 | 5.78 | 34.64 | (0.00) | 34.64 |
| 368. R&R Laminate - simulated wood flooring - High grade | 33.00 SF | 7.82 | 10.47 | 53.72 | 322.25 | (0.00) | 322.25 |
| 369. R&R Vapor barrier - visqueen - 6mil | 33.00 SF | 0.35 | 0.12 | 2.32 | 13.99 | (0.00) | 13.99 |
| 370. R&R Interior door - Colonist - slab only | 1.00 EA | 107.53 | 2.96 | 22.12 | 132.61 | (0.00) | 132.61 |
| 371. Paint door slab only - 2 coats (per side) | 2.00 EA | 29.21 | 0.98 | 11.88 | 71.28 | (0.00) | 71.28 |
| 372. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 24.34 | 0.59 | 9.86 | 59.13 | (0.00) | 59.13 |
| 373. R&R Bifold door set - Colonist - Double | 1.00 EA | 233.19 | 8.90 | 48.42 | 290.51 | (0.00) | 290.51 |
| 374. Seal the walls and ceiling w/latex based stain blocker - one coat | 235.67 SF | 0.47 | 1.24 | 22.40 | 134.40 | (0.00) | 134.40 |
| 375. Paint the walls and ceiling - two coats | 235.67 SF | 0.76 | 3.53 | 36.52 | 219.16 | (0.00) | 219.16 |
| 376. Final cleaning - construction - Residential | 33.00 SF | 0.22 | 0.00 | 1.46 | 8.72 | (0.00) | 8.72 |
| 377. DOORS | 2.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 378. R&R Door opening (jamb & casing) - 36"to60"wide - paint grade | 1.00 EA | 128.32 | 5.00 | 26.66 | 159.98 | (0.00) | 159.98 |
| **Totals: Master Closet 1** | | | **46.31** | **411.90** | **2,471.30** | **0.00** | **2,471.30** |



## Master Closet 2 — Height: 8'

92.00 SF Walls | 7.64 SF Ceiling
99.64 SF Walls & Ceiling | 7.64 SF Floor
0.85 SY Flooring | 11.50 LF Floor Perimeter
11.50 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 379. Contents - move out then reset | 1.00 EA | 47.83 | 0.00 | 9.56 | 57.39 | (0.00) | 57.39 |
| 380. R&R 1/2" drywall - hung, taped, floated, ready for paint | 99.64 SF | 2.35 | 3.51 | 47.54 | 285.21 | (0.00) | 285.21 |
| 381. Texture drywall - light hand texture | 92.00 SF | 0.53 | 0.41 | 9.84 | 59.01 | (0.00) | 59.01 |
| 382. R&R Baseboard - 3 1/4" | 11.50 LF | 3.44 | 1.05 | 8.14 | 48.76 | (0.00) | 48.76 |
| 383. Seal & paint baseboard - two coats | 11.50 LF | 1.15 | 0.09 | 2.66 | 15.98 | (0.00) | 15.98 |
| 384. Floor protection - self-adhesive plastic film | 7.64 SF | 0.50 | 0.07 | 0.78 | 4.67 | (0.00) | 4.67 |
| 385. Mask and prep for paint - plastic, paper, tape (per LF) | 11.50 LF | 1.12 | 0.22 | 2.62 | 15.72 | (0.00) | 15.72 |
| 386. R&R Laminate - simulated wood flooring - High grade | 7.64 SF | 7.82 | 2.42 | 12.44 | 74.61 | (0.00) | 74.61 |
| 387. R&R Vapor barrier - visqueen - 6mil | 7.64 SF | 0.35 | 0.03 | 0.54 | 3.24 | (0.00) | 3.24 |
| 388. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 24.34 | 0.59 | 9.86 | 59.13 | (0.00) | 59.13 |
| 389. Seal the walls and ceiling w/latex based stain blocker - one coat | 99.64 SF | 0.47 | 0.52 | 9.46 | 56.81 | (0.00) | 56.81 |
| 390. Paint the walls and ceiling - two coats | 99.64 SF | 0.76 | 1.49 | 15.44 | 92.66 | (0.00) | 92.66 |
| 391. Final cleaning - construction - Residential | 7.64 SF | 0.22 | 0.00 | 0.34 | 2.02 | (0.00) | 2.02 |
| 392. R&R Bifold door set - Colonist - Double | 1.00 EA | 233.19 | 8.90 | 48.42 | 290.51 | (0.00) | 290.51 |
| 393. DOORS | 2.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 394. R&R Door opening (jamb & casing) - up to 32"wide - paint grade | 1.00 EA | 97.28 | 4.06 | 20.28 | 121.62 | (0.00) | 121.62 |

| Totals: Master Closet 2 | | | 23.36 | 197.92 | 1,187.34 | 0.00 | 1,187.34 |
|---|---|---|---|---|---|---|---|



### Master Bath — Height: 8'

234.67 SF Walls     53.33 SF Ceiling
288.00 SF Walls & Ceiling     53.33 SF Floor
5.93 SY Flooring     29.33 LF Floor Perimeter
29.33 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 395. Contents - move out then reset | 1.00 EA | 47.83 | 0.00 | 9.56 | 57.39 | (0.00) | 57.39 |
| 396. R&R Baseboard - 3 1/4" | 29.33 LF | 3.44 | 2.68 | 20.72 | 124.29 | (0.00) | 124.29 |
| 397. Seal & paint baseboard - two coats | 29.33 LF | 1.15 | 0.22 | 6.78 | 40.73 | (0.00) | 40.73 |
| 398. Floor protection - self-adhesive plastic film | 53.33 SF | 0.50 | 0.48 | 5.44 | 32.59 | (0.00) | 32.59 |
| 399. Mask and prep for paint - plastic, paper, tape (per LF) | 29.33 LF | 1.12 | 0.57 | 6.70 | 40.12 | (0.00) | 40.12 |
| 400. R&R Interior door - Colonist - slab only | 1.00 EA | 107.53 | 2.96 | 22.12 | 132.61 | (0.00) | 132.61 |
| 401. Paint door slab only - 2 coats (per side) | 2.00 EA | 29.21 | 0.98 | 11.88 | 71.28 | (0.00) | 71.28 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 402. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 24.34 | 0.59 | 9.86 | 59.13 | (0.00) | 59.13 |
| 403. Seal the walls and ceiling w/latex based stain blocker - one coat | 288.00 SF | 0.47 | 1.51 | 27.38 | 164.25 | (0.00) | 164.25 |
| 404. Paint the walls and ceiling - two coats | 288.00 SF | 0.76 | 4.32 | 44.64 | 267.84 | (0.00) | 267.84 |
| 405. R&R Ceramic/porcelain tile - High grade | 117.33 SF | 10.59 | 51.21 | 258.74 | 1,552.48 | (0.00) | 1,552.48 |
| 406. R&R Tile floor covering - High grade | 53.33 SF | 10.64 | 23.04 | 118.10 | 708.57 | (0.00) | 708.57 |
| 407. Remove Additional labor to remove tile from concrete slab | 53.33 SF | 1.67 | 0.00 | 17.82 | 106.88 | (0.00) | 106.88 |
| 408. Floor leveling cement - Average | 53.33 SF | 1.52 | 3.80 | 16.98 | 101.84 | (0.00) | 101.84 |
| 409. R&R Pedestal sink | 1.00 EA | 491.08 | 20.14 | 102.24 | 613.46 | (0.00) | 613.46 |
| 410. R&R Angle stop valve | 3.00 EA | 35.98 | 1.62 | 21.90 | 131.46 | (0.00) | 131.46 |
| 411. R&R Plumbing fixture supply line | 3.00 EA | 22.38 | 1.26 | 13.68 | 82.08 | (0.00) | 82.08 |
| 412. Toilet - Detach & reset | 1.00 EA | 215.69 | 0.42 | 43.22 | 259.33 | (0.00) | 259.33 |
| 413. Final cleaning - construction - Residential | 53.33 SF | 0.22 | 0.00 | 2.34 | 14.07 | (0.00) | 14.07 |
| 414. Bathtub - Detach & reset | 1.00 EA | 505.27 | 0.00 | 101.06 | 606.33 | (0.00) | 606.33 |
| 415. R&R Bathtub faucet (no shower) | 1.00 EA | 221.73 | 4.73 | 45.30 | 271.76 | (0.00) | 271.76 |
| 416. R&R 5/8" drywall - hung, taped, floated, ready for paint | 26.67 SF | 2.43 | 1.04 | 13.16 | 79.01 | (0.00) | 79.01 |
| 417. Texture drywall - heavy hand texture | 53.33 SF | 0.80 | 0.56 | 8.66 | 51.88 | (0.00) | 51.88 |
| 418. DOORS | 2.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 419. R&R Door opening (jamb & casing) - up to 32"wide - paint grade | 1.00 EA | 97.28 | 4.06 | 20.28 | 121.62 | (0.00) | 121.62 |
| **Totals: Master Bath** | | | **126.19** | **948.56** | **5,691.00** | **0.00** | **5,691.00** |



**Bedroom**                                                          **Height: 8'**

378.67 SF Walls                        139.58 SF Ceiling
518.25 SF Walls & Ceiling       139.58 SF Floor
15.51 SY Flooring               47.33 LF Floor Perimeter
47.33 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 420. Contents - move out then reset | 1.00 EA | 47.83 | 0.00 | 9.56 | 57.39 | (0.00) | 57.39 |
| 421. R&R 1/2" drywall - hung, taped, floated, ready for paint | 518.25 SF | 2.35 | 18.27 | 247.24 | 1,483.40 | (0.00) | 1,483.40 |
| 422. Texture drywall - light hand texture | 378.67 SF | 0.53 | 1.70 | 40.48 | 242.88 | (0.00) | 242.88 |
| 423. R&R Baseboard - 3 1/4" | 47.33 LF | 3.44 | 4.33 | 33.44 | 200.58 | (0.00) | 200.58 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 424. Seal & paint baseboard - two coats | 47.33 LF | 1.15 | 0.35 | 10.96 | 65.74 | (0.00) | 65.74 |
| 425. R&R Laminate - simulated wood flooring - High grade | 139.58 SF | 7.82 | 44.28 | 227.16 | 1,362.96 | (0.00) | 1,362.96 |
| 426. R&R Vapor barrier - visqueen - 6mil | 139.58 SF | 0.35 | 0.52 | 9.88 | 59.26 | (0.00) | 59.26 |
| 427. R&R Interior door - Colonist - slab only | 1.00 EA | 107.53 | 2.96 | 22.12 | 132.61 | (0.00) | 132.61 |
| 428. Paint door slab only - 2 coats (per side) | 2.00 EA | 29.21 | 0.98 | 11.88 | 71.28 | (0.00) | 71.28 |
| 429. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 24.34 | 0.59 | 9.86 | 59.13 | (0.00) | 59.13 |
| 430. Seal the walls and ceiling w/latex based stain blocker - one coat | 518.25 SF | 0.47 | 2.72 | 49.26 | 295.56 | (0.00) | 295.56 |
| 431. Paint the walls and ceiling - two coats | 518.25 SF | 0.76 | 7.77 | 80.34 | 481.98 | (0.00) | 481.98 |
| 432. Final cleaning - construction - Residential | 139.58 SF | 0.22 | 0.00 | 6.14 | 36.85 | (0.00) | 36.85 |
| 433. R&R 5/8" drywall - hung, taped, floated, ready for paint | 69.79 SF | 2.43 | 2.72 | 34.46 | 206.77 | (0.00) | 206.77 |
| 434. Texture drywall - heavy hand texture | 139.58 SF | 0.80 | 1.47 | 22.64 | 135.77 | (0.00) | 135.77 |
| 435. DOORS | 2.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 436. R&R Door opening (jamb & casing) - up to 32"wide - paint grade | 1.00 EA | 97.28 | 4.06 | 20.28 | 121.62 | (0.00) | 121.62 |
| **Totals: Bedroom** | | | 92.72 | 835.70 | 5,013.78 | 0.00 | 5,013.78 |



### Bedroom Closet         Height: 8'

|  |  |
|---|---|
| 186.67 SF Walls | 26.00 SF Ceiling |
| 212.67 SF Walls & Ceiling | 26.00 SF Floor |
| 2.89 SY Flooring | 23.33 LF Floor Perimeter |
| 23.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 437. Contents - move out then reset | 1.00 EA | 47.83 | 0.00 | 9.56 | 57.39 | (0.00) | 57.39 |
| 438. R&R 1/2" drywall - hung, taped, floated, ready for paint | 212.67 SF | 2.35 | 7.50 | 101.46 | 608.74 | (0.00) | 608.74 |
| 439. Texture drywall - light hand texture | 186.67 SF | 0.53 | 0.84 | 19.94 | 119.72 | (0.00) | 119.72 |
| 440. R&R Baseboard - 3 1/4" | 23.33 LF | 3.44 | 2.13 | 16.46 | 98.84 | (0.00) | 98.84 |
| 441. Seal & paint baseboard - two coats | 23.33 LF | 1.15 | 0.17 | 5.40 | 32.40 | (0.00) | 32.40 |
| 442. R&R Laminate - simulated wood flooring - High grade | 26.00 SF | 7.82 | 8.25 | 42.32 | 253.89 | (0.00) | 253.89 |
| 443. R&R Vapor barrier - visqueen - 6mil | 26.00 SF | 0.35 | 0.10 | 1.84 | 11.04 | (0.00) | 11.04 |

## CONTINUED - Bedroom Closet

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 444. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 24.34 | 0.59 | 9.86 | 59.13 | (0.00) | 59.13 |
| 445. R&R Bifold door set - Colonist - Double | 1.00 EA | 233.19 | 8.90 | 48.42 | 290.51 | (0.00) | 290.51 |
| 446. Seal the walls and ceiling w/latex based stain blocker - one coat | 212.67 SF | 0.47 | 1.12 | 20.22 | 121.29 | (0.00) | 121.29 |
| 447. Paint the walls and ceiling - two coats | 212.67 SF | 0.76 | 3.19 | 32.96 | 197.78 | (0.00) | 197.78 |
| 448. Final cleaning - construction - Residential | 26.00 SF | 0.22 | 0.00 | 1.14 | 6.86 | (0.00) | 6.86 |
| 449. DOORS | 2.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 450. R&R Door opening (jamb & casing) - 36"to60"wide - paint grade | 1.00 EA | 128.32 | 5.00 | 26.66 | 159.98 | (0.00) | 159.98 |
| **Totals: Bedroom Closet** | | | **37.79** | **336.24** | **2,017.57** | **0.00** | **2,017.57** |
| **Total: Addition 2** | | | **1,223.51** | **9,473.92** | **56,841.64** | **0.00** | **56,841.64** |

## Detached Storage/Living Area

### Detached Storage/Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 451. R&R 1/2" drywall - hung, taped, floated, ready for paint | 200.00 SF | 2.35 | 7.05 | 95.42 | 572.47 | (0.00) | 572.47 |
| 452. R&R Batt insulation - 4" - R13 - unfaced batt | 200.00 SF | 0.83 | 5.85 | 34.38 | 206.23 | (0.00) | 206.23 |
| **Total: Detached Storage/Living Area** | | | **12.90** | **129.80** | **778.70** | **0.00** | **778.70** |



**Side 2**      **Height: 8'**

406.67 SF Walls     150.11 SF Ceiling
556.78 SF Walls & Ceiling     150.11 SF Floor
16.68 SY Flooring     50.83 LF Floor Perimeter
50.83 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 453. R&R Siding trim - 1" x 6" hardboard trim board | 203.33 LF | 5.56 | 27.45 | 231.60 | 1,389.57 | (0.00) | 1,389.57 |
| 454. R&R Metal lath & stucco | 152.50 SF | 5.61 | 14.41 | 173.98 | 1,043.92 | (0.00) | 1,043.92 |
| 455. Seal stucco - elastomeric sealer | 152.50 SF | 0.71 | 3.55 | 22.38 | 134.21 | (0.00) | 134.21 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 456. Paint stucco | 152.50 SF | 0.66 | 1.49 | 20.44 | 122.58 | (0.00) | 122.58 |
| **Totals: Side 2** | | | **46.90** | **448.40** | **2,690.28** | **0.00** | **2,690.28** |



### Side 1                      Height: 8'

|  |  |
|---|---|
| 422.67 SF Walls | 166.19 SF Ceiling |
| 588.86 SF Walls & Ceiling | 166.19 SF Floor |
| 18.47 SY Flooring | 52.83 LF Floor Perimeter |
| 52.83 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 457. R&R Siding trim - 1" x 6" hardboard trim board | 211.33 LF | 5.56 | 28.53 | 240.70 | 1,444.23 | (0.00) | 1,444.23 |
| 458. R&R Metal lath & stucco | 158.50 SF | 5.61 | 14.98 | 180.84 | 1,085.01 | (0.00) | 1,085.01 |
| 459. Seal stucco - elastomeric sealer | 158.50 SF | 0.71 | 3.69 | 23.24 | 139.47 | (0.00) | 139.47 |
| 460. Paint stucco | 158.50 SF | 0.66 | 1.55 | 21.24 | 127.40 | (0.00) | 127.40 |
| **Totals: Side 1** | | | **48.75** | **466.02** | **2,796.11** | **0.00** | **2,796.11** |
| **Total: Detached Storage/Living Area** | | | **108.55** | **1,044.22** | **6,265.09** | **0.00** | **6,265.09** |

## Roof Area



### Main Gable

|  |  |
|---|---|
| 1166.88 Surface Area | 11.67 Number of Squares |
| 138.92 Total Perimeter Length | 41.00 Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 461. Remove 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 11.67 SQ | 50.30 | 0.00 | 117.40 | 704.40 | (0.00) | 704.40 |
| 462. 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 12.00 SQ | 226.52 | 77.87 | 559.22 | 3,355.33 | (0.00) | 3,355.33 |
| 463. Roofing felt - 30 lb. | 11.67 SQ | 45.08 | 13.20 | 107.86 | 647.14 | (0.00) | 647.14 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 464.  R&R Drip edge | 138.92 LF | 2.96 | 7.81 | 83.82 | 502.83 | (0.00) | 502.83 |
| 465.  Re-nailing of roof sheathing - complete re-nail | 1,166.88 SF | 0.29 | 1.75 | 68.04 | 408.19 | (0.00) | 408.19 |
| 466.  R&R Sheathing - plywood - 1/2" CDX | 583.44 SF | 2.92 | 30.19 | 346.78 | 2,080.62 | (0.00) | 2,080.62 |
| 467.  R&R Ridge cap - composition shingles | 41.00 LF | 7.88 | 3.17 | 65.26 | 391.51 | (0.00) | 391.51 |
| 468.  Asphalt starter - universal starter course | 138.92 LF | 2.43 | 6.36 | 68.80 | 412.74 | (0.00) | 412.74 |
| 469.  Remove Tarp - all-purpose poly - per sq ft (labor and material) | 1,166.88 SF | 0.08 | 0.00 | 18.68 | 112.03 | (0.00) | 112.03 |
| 470.  R&R Skylight - flat fixed, 9.1 - 10 sf | 1.00 EA | 593.99 | 34.06 | 125.62 | 753.67 | (0.00) | 753.67 |
| **Totals:  Main Gable** | | | **174.41** | **1,561.48** | **9,368.46** | **0.00** | **9,368.46** |

## Flat



2883.63  Surface Area          28.84  Number of Squares
304.78  Total Perimeter Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 471.  R&R Modified bitumen roof | 28.84 SQ | 427.39 | 207.95 | 2,506.80 | 15,040.68 | (0.00) | 15,040.68 |
| 472.  Roofing felt - 15 lb. - double coverage/low slope | 28.84 SQ | 64.71 | 26.41 | 378.52 | 2,271.17 | (0.00) | 2,271.17 |
| 473.  R&R Drip edge | 304.78 LF | 2.96 | 17.14 | 183.84 | 1,103.13 | (0.00) | 1,103.13 |
| 474.  Re-nailing of roof sheathing - complete re-nail | 2,883.63 SF | 0.29 | 4.33 | 168.12 | 1,008.70 | (0.00) | 1,008.70 |
| 475.  R&R Sheathing - plywood - 1/2" CDX | 1,441.81 SF | 2.92 | 74.61 | 856.94 | 5,141.64 | (0.00) | 5,141.64 |
| 476.  R&R Soffit & fascia - metal - 1' overhang | 75.00 LF | 9.48 | 23.57 | 146.94 | 881.51 | (0.00) | 881.51 |
| 477.  Remove Tarp - all-purpose poly - per sq ft (labor and material) | 2,883.63 SF | 0.08 | 0.00 | 46.14 | 276.83 | (0.00) | 276.83 |
| **Totals:  Flat** | | | **354.01** | **4,287.30** | **25,723.66** | **0.00** | **25,723.66** |

## Porch Area



| | |
|---|---|
| 286.63 Surface Area | 2.87 Number of Squares |
| 75.23 Total Perimeter Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 478. Seal the surface area w/latex based stain blocker - one coat | 285.75 SF | 0.47 | 1.50 | 27.16 | 162.96 | (0.00) | 162.96 |
| 479. Paint the surface area - two coats | 286.00 SF | 0.76 | 4.29 | 44.34 | 265.99 | (0.00) | 265.99 |
| 480. R&R Sheathing - OSB - 3/4" - tongue and groove | 286.00 SF | 3.36 | 17.59 | 195.72 | 1,174.27 | (0.00) | 1,174.27 |
| 481. R&R Modified bitumen roof | 2.87 SQ | 427.39 | 20.69 | 249.46 | 1,496.76 | (0.00) | 1,496.76 |
| 482. Roofing felt - 15 lb. - double coverage/low slope | 2.87 SQ | 64.71 | 2.63 | 37.66 | 226.01 | (0.00) | 226.01 |
| 483. R&R Drip edge | 75.23 LF | 2.96 | 4.23 | 45.38 | 272.29 | (0.00) | 272.29 |
| 484. Re-nailing of roof sheathing - complete re-nail | 286.63 SF | 0.29 | 0.43 | 16.70 | 100.25 | (0.00) | 100.25 |
| 485. R&R Sheathing - plywood - 1/2" CDX | 143.31 SF | 2.92 | 7.42 | 85.18 | 511.07 | (0.00) | 511.07 |
| 486. Remove Tarp - all-purpose poly - per sq ft (labor and material) | 286.63 SF | 0.08 | 0.00 | 4.58 | 27.51 | (0.00) | 27.51 |
| 487. R&R Gutter / downspout - aluminum - up to 5" | 69.00 LF | 5.54 | 13.20 | 79.08 | 474.54 | (0.00) | 474.54 |
| **Totals: Porch Area** | | | **71.98** | **785.26** | **4,711.65** | **0.00** | **4,711.65** |

## Metal Rear Patio



| | |
|---|---|
| 188.55 Surface Area | 1.89 Number of Squares |
| 55.14 Total Perimeter Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 488. Step flashing | 12.00 LF | 10.99 | 1.22 | 26.62 | 159.72 | (0.00) | 159.72 |
| 489. Remove Patio Cover - Roof panels only - No load | 188.55 SF | 0.89 | 0.00 | 33.56 | 201.37 | (0.00) | 201.37 |
| 490. Patio Cover - Roof panels only - Moderate load | 188.55 SF | 5.90 | 45.96 | 231.70 | 1,390.11 | (0.00) | 1,390.11 |
| **Totals: Metal Rear Patio** | | | **47.18** | **291.88** | **1,751.20** | **0.00** | **1,751.20** |
| **Total: Roof Area** | | | **647.58** | **6,925.92** | **41,554.97** | **0.00** | **41,554.97** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 491.  Mirror/shower door labor minimum* | 1.00 EA | 100.39 | 0.00 | 20.08 | 120.47 | (0.00) | 120.47 |
| 492.  Heat, vent, & air cond. labor minimum* | 1.00 EA | 184.36 | 0.00 | 36.88 | 221.24 | (0.00) | 221.24 |
| 493.  Skylight labor minimum* | 1.00 EA | 22.71 | 0.00 | 4.54 | 27.25 | (0.00) | 27.25 |
| **Totals:  Labor Minimums Applied** | | | **0.00** | **61.50** | **368.96** | **0.00** | **368.96** |
| **Line Item Totals:  REEDER_WATER** | | | 4,384.17 | 34,820.06 | 231,329.34 | 0.00 | 231,329.34 |

| Additional Charges | Charge |
|---|---|
| Permit | 6,939.88 |
| **Additional Charges Total** | **$6,939.88** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 7,490.83 | SF Walls | 3,159.93 | SF Ceiling | 10,650.76 | SF Walls and Ceiling |
| 2,996.43 | SF Floor | 332.94 | SY Flooring | 960.17 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 997.00 | LF Ceil. Perimeter |
| | | | | | |
| 2,996.43 | Floor Area | 3,262.46 | Total Area | 7,490.83 | Interior Wall Area |
| 6,194.23 | Exterior Wall Area | 606.83 | Exterior Perimeter of Walls | | |
| | | | | | |
| 4,525.68 | Surface Area | 45.26 | Number of Squares | 574.07 | Total Perimeter Length |
| 41.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 192,125.11 |
| Permit | 6,939.88 |
| Material Sales Tax | 4,297.65 |
| Storage Rental Tax | 86.52 |
| | |
| Subtotal | 203,449.16 |
| Overhead | 18,104.02 |
| Profit | 18,104.02 |
| | |
| **Replacement Cost Value** | **$239,657.20** |
| **Net Claim** | **$239,657.20** |



Entry/Foyer

Dining Room

Closet

Kitchen

Bedroom

Laundry Area

Laundry Closet (1)

Room2 (1)

Bathroom



N

Main Level



Bathroom

Closet Area

Main Loft

Area1 (A1)



N

Mother In Law Suite Addition



Great Room

Sunroom

Master Closet 1 Master Closet 2

Master Bath

Master Bedroom

Hallway

Bedroom

Bedroom Closet



N

Addition 2



16' 9"

16' 1"

Side 2

9' 4"

9' 10"

10' 4"

10' 10"

Side 1



N

Detached Storage/Living Area



Flat
F3

F2 (B) Main Gable F1 (A)

Roof3 (1)
F4

Metal Rear Patio
F6

Porch Area
F5

N

Roof Area

# EXHIBIT "C"

# Stephen E. Davis Architects, Inc. AR8185  AA  C001144

November 22, 2017

RE:  LUCHY REEDER RESIDENCE
6008 ALLIGATOR LAKESHORE WEST
ST. CLOUD, FL 43771
**WATER PROOF EXISTING STRUCTURES**

Dear Luchy Reeder,

Please note herein our observations and suggestions on how to possibly solve the flooding problem sustained in Hurricane Irma. The neighboring homes, built more recently, on either side of your residence were constructed at a much higher elevation and appear to drain toward your lot, taking most of the excess water in times of heavy rain. There are several solutions to possibly rectify this problem.

1. The most inexpensive direction to take would be to provide a series of French drains surrounding the existing structures leading to an area of discharge lower than the house finished floor elevation. This could be achieved by gravity or sump pump to lead the excess water to the discharge area. The discharge area must overflow to an existing ditch, pond or some area to disburse the excess water and keeping it from backing up in a heavy rain. A property investigation will need to be made to verify the possible location of where the excess water will be directed, and its final destination of discharge, (ditch, lake, retention pond, etc.). The discharge area must be lower than your structure finish floor elevation.

2. Raise the existing finish floor elevation higher than the 100 year anticipated storm contour, which is set by the county for your area. This could be done by overbuilding the existing house slab to this elevation. In doing this, the ceiling and interior walls would have to be raised to achieve the minimum 8 foot above the new floor level. This would mean the trusses would need to be replaced or altered as well as many other alterations, such as electrical, A/C, interior cabinets, etc. This option would be very expensive. A new structure on the property would be about the same.

Big Sky Professional Center
2901 E. Irlo Bronson Memorial Hwy. - Suite A
Kissimmee, Florida 34744

(407) 933-7660 Phone
sedarch1@aol.com E-mail

1 OF 2

3. The whole structure could be raised like they do when a structure is moved from one location to another. The company comes in and jacks your house up to the higher elevation, and then add supports under the home. This option would need to be investigated for the cost involved. There are several companies that do this work when they move a house. You would only need to raise the structure and not move it.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Stephen E. Davis
STEPHEN E. DAVIS ARCHITECTS, INC.
SED/pjd

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT, IN AND FOR
OSCEOLA COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.:

LUCHY REEDER,

*Plaintiff,*

vs.

AMERICAN SECURITY INSURANCE COMPANY,

*Defendant,*

_____/

## NOTICE OF DESIGNATION OF E-MAIL ADDRESSES

The Insurance Litigation Group, P.A., counsel for the Plaintiff, LUCHY REEDER,

pursuant to Florida Rules of Judicial Administration 2.516 (b)(1)(a), designates the following

primary and secondary e-mail addresses for e-mail service in the above-referenced case:

Primary:      service@ilgpa.com
Secondary:   caguirre@ilgpa.com

## CERTIFICATE OF SERVICE

I CERTIFY that the forgoing document was served with the Complaint.

INSURANCE LITIGATION GROUP, P.A.
Attorney for   Plaintiff
1500 NE 162nd Street
Miami, Florida 33162
Telephone:     (786) 529-0090
Facsimile:     (866) 239-9520
E-Mail: service@ilgpa.com

By:     /s/ Keith Pipersburg_____
KEITH PIPERSBURG, ESQ.
FL Bar No. 0125728



1500 N.E. 162nd Street
Miami, Florida, 33162
info@ILGPA.com
www.ILGPA.com

O. 786.529.0090
f. 866.239.9520

August 25, 2020

**<u>Via Service of Complaint</u>**

     Re:     Luchy Reeder v. American Security Insurance Company
              Osceola County Court Case No. 2020CA1924CI
              Date of Loss: September 09, 2017

**<u>REQUEST FOR DEPOSITION DATES</u>**

To Whom It May Concern:

     This letter serves as our formal request for your office to provide us with deposition dates, to occur **30 days** after the Notice of Service, so that we can **depose the Corporate Representative, the Field Adjuster, the Claims Examiner, the Desk Adjuster and/or the individual with the most knowledge of the subject claim.**

     Please also provide his or her address, so that we may include that information in the deposition notice(s). Please send their available dates for deposition to our scheduling department at: annie@ilgpa.com.

     Lastly, please let us know whether you will be producing the above parties referred, or if we will need to serve a subpoena. In that event, please also send us their last known contact information.

Thank you for your timely attention to this matter.

                        Very truly yours,

                        Insurance Litigation Group, P.A

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

CASE NO.: 2020-CA-001924 CI

LUCHY REEDER,

       Plaintiff,

vs.

AMERICAN SECURITY INSURANCE COMPANY,

       Defendant.

_____

## <u>NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS</u>

**PLEASE TAKE NOTICE** that the undersigned law firm hereby enters its appearance as Counsel on behalf of Defendant, AMERICAN SECURITY INSURANCE COMPANY in this cause and requests that all pleadings, announcements, notices and court filings be served upon the undersigned.

Pursuant to Florida Rule of Judicial Administration 2.516, effective September 1, 2012, the following individuals are hereby designated with the respective e-mail addresses for service of pleadings and documents in this matter:

| Primary e-mail: | dbatista@shutts.com<br>FTL1Service@shutts.com | David Batista, Esq. |
| --- | --- | --- |
| Primary e-mail: | slevy@shutts.com<br>FTL1Service@shutts.com | Sara Levy, Esq. |

**SHUTTS & BOWEN LLP**
*Attorneys for Defendant, AMERICAN*
*SECURITY INSURANCE COMPANY*
200 East Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33301
Telephone: (954) 524-5505
Facsimile: (954) 524-5506

By: */s/ David Batista*
    **David Batista, Esq**.
    Florida Bar No. 175803
    Email: dbatista@shutts.com

    **Sara Levy, Esq.**
    Florida Bar No. 23767
    Email: slevy@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September, 2020, a true and correct copy of the foregoing has been furnished *via* Florida E-Portal to: Keith Pipersburg, Esquire, Insurance Litigation Group P.A., 1500 NE 162nd Street, Miami, Florida 33162, (service@ilgpa.com).

    */s/ David Batista*
    DAVID BATISTA

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

CASE NO.: 2020-CA-001924 CI

LUCHY REEDER,

     Plaintiff,

vs.

AMERICAN SECURITY INSURANCE COMPANY,

     Defendant.

_____

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, American Security Insurance Company ("American Security"), files its Motion for Extension of Time to Respond to the Complaint filed by Plaintiff, Luchy Reeder ("Plaintiff"), and states as follows:

1.    Plaintiff served their Complaint on August 31, 2020.

2.    American Security requests a 30 day extension of time to respond to Plaintiff's Complaint as counsel is investigating the allegations in the complaint to prepare an appropriate response.

3.    This is American Security's first request for an extension of time. This request for an extension will not unnecessarily delay this action, and neither party will be prejudiced by the granting of this Motion.

**WHEREFORE**, Defendant, American Security Insurance Company, respectfully requests that this Court enter an Order granting an extension of time to serve its response to Plaintiff's Complaint, and awarding such other and further relief the Court deems just and proper.

**SHUTTS & BOWEN LLP**
*Attorneys for Defendant, AMERICAN*
*SECURITY INSURANCE COMPANY*
200 East Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33301
Telephone:  (954) 524-5505
Facsimile:  (954) 524-5506

By:  */s/ Daniel R. Lazaro*
     **David Batista, Esq.**
     Florida Bar No. 175803
     Email: dbatista@shutts.com

     **Daniel R. Lazaro, Esq.**
     Florida Bar No. 99021
     Email: dlazaro@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2020, a true and correct copy of the foregoing has been furnished *via* Florida E-Portal to: Keith Pipersburg, Esquire, Insurance Litigation Group P.A., 1500 NE 162nd Street, Miami, Florida 33162, (service@ilgpa.com).

               */s/ Daniel R. Lazaro*
               DANIEL R. LAZARO

FTLDOCS 8029849 1