**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:20-cv-1795-Orl-22GJK**

**LUCHY REEDER**,

    Plaintiff,

vs.

**AMERICAN SECURITY INSURANCE COMPANY**,

    Defendant.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

X\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Case number 2019-CA-002968, *Luchy Reeder v. Universal Property & Casualty Insurance Company*, Ninth Judicial Circuit in and for Osceola County, Florida.

The case is pending, but should not be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: October 15, 2020

**SHUTTS & BOWEN LLP**
*Attorneys for Defendant, AMERICAN*
*SECURITY INSURANCE COMPANY*
200 East Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33301
Telephone: (954) 524-5505
Facsimile: (954) 524-5506

By: */s/ Daniel R. Lazaro*
    **David Batista, Esq.**
    Trial Counsel
    Florida Bar No. 175803
    Email: dbatista@shutts.com
    **Daniel R. Lazaro, Esq.**
    Florida Bar No. 99021
    Email: dlazaro@shutts.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of October, 2020, a true and correct copy of the foregoing has been furnished *via* CM/ECF to: Keith Pipersburg, Esquire, Insurance Litigation Group P.A., 1500 NE 162nd Street, Miami, Florida 33162, (service@ilgpa.com).

                                        */s/ Daniel R. Lazaro*
                                        DANIEL R. LAZARO

FTLDOCS 8050167 1