**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CASE NO. 6:20-cv-1795-Orl-22GJK**

**LUCHY REEDER**,

    Plaintiff,

vs.

**AMERICAN SECURITY INSURANCE COMPANY**,

    Defendant.

**DEFENDANT AMERICAN SECURITY INSURANCE COMPANY'S
CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Defendant American Security Insurance Company discloses the following pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties (DE 3):

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* part in the case:

    a) Luchy Reeder, Plaintiff

    b) Insurance Litigation Group, PA, Plaintiff's counsel / claim representative

c) Central Loan Administration & Reporting d/b/a Cenlar. is the Named Insured under the Certificate. It is a subsidiary of Cenlar Capital Corporation. Its ownership structure is unknown.

d) American Security Insurance Company, Defendant, and the following companies who are parent corporations of ASIC, or own 10% or more of ASIC's stock, and are publicly held within the United States: (1) Interfinancial, Inc.; (2) Assurant, Inc., which is a publicly traded corporation on the New York Stock Exchange, ticker symbol AIZ.

e) Shutts & Bowen, LLP, Attorneys for Defendant

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known at this time.

3) the name of every entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured credits) in bankruptcy cases:

None known at this time.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

None known other than Plaintiff, who Defendant denies is entitled to any relief in this action.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: October 15, 2020

**SHUTTS & BOWEN LLP**
*Attorneys for Defendant, AMERICAN SECURITY INSURANCE COMPANY*
200 East Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33301
Telephone: (954) 524-5505
Facsimile: (954) 524-5506

By: */s/ Daniel R. Lazaro*
    **David Batista, Esq.**
    Trial Counsel
    Florida Bar No. 175803
    Email: dbatista@shutts.com
    **Daniel R. Lazaro, Esq.**
    Florida Bar No. 99021
    Email: dlazaro@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2020, a true and correct copy of the foregoing has been furnished *via* CM/ECF to: Keith Pipersburg, Esquire, Insurance Litigation Group P.A., 1500 NE 162nd Street, Miami, Florida 33162, (service@ilgpa.com).

    */s/ Daniel R. Lazaro*
    DANIEL R. LAZARO