UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUCHY REEDER,**

      **Plaintiff,**

v.                                                  Case No:   6:20-cv-1795-Orl-22GJK

**AMERICAN SECURITY INSURANCE COMPANY,**

      **Defendant.**

**ORDER**

This cause comes before the Court on review of the Notice of Pendency of Other Actions. (Doc. 8). Plaintiff Luchy Reeder originally filed this suit on August 3, 2020, in the Ninth Judicial Circuit, in and for Osceola County, Florida[1] for breach of contract following denial of coverage for property losses caused by Hurricane Irma. (Doc. 1-1). On September 30, 2020, Defendant American Security Insurance Company ("ASIC") removed the case to this Court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Doc. 1).

The Notice of Pendency of Other Actions listed a pending state court case, filed on September 13, 2019, in which Plaintiff brought a similar claim against a different insurance company for damage caused by the same storm.[2] The Notice stated that the case should not be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties have not addressed, however, why there are two cases stemming from the same storm, regarding the same loss to the same property.

---

[1] Case number 2020-CA-001924 was removed to this Court.
[2] Case number 2019-CA-002968 is still pending in state court against a different insurance company for damage caused by the same storm.

The Court is also unsure whether the insurance company in the pending state court case is an indispensable party to this case. As such, an issue has been raised as to whether this Court's scarce judicial resources should be expended on this claim when a similar claim is being litigated in state court and could lead to inconsistent verdicts.

Based on the foregoing, it is ordered as follows:

1. Plaintiff Luchy Reeder is **ORDERED** to show within 14 days the relationship between this case and the pending state court case, and specifically address why two parallel cases are being brought against two insurance companies for damage caused by the same storm to the same property.

2. Defendant American Security Insurance Company is **ORDERED** to file its response within 14 days of Plaintiff's response to this show cause order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 21, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record