# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUCHY REEDER,**

      **Plaintiff,**

**v.**                                                            **Case No:**   **6:20-cv-1795-Orl-22GJK**

**AMERICAN SECURITY INSURANCE COMPANY,**

      **Defendant.**

## ORDER DIRECTING COMPLIANCE

The Court, on its own initiative, has reviewed the file in this case. It is hereby

**ORDERED** that no later than November 5, 2020, the Plaintiff shall file a written response why sanctions should not be imposed for failure to respond to the Related Case Order and Interested Persons Order (Doc. No. 3), responses to which were due by October 15, 2020. Failure to respond shall result in sanctions being imposed upon counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 22, 2020.

*ANNE C. CONWAY*
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties